FILED
2012 Sep-18  PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINA KAY RAY, KALUS K. JOHNSON, and DEUANTE T. JEWS, individually and for a class of similarly situated persons or entities,<br><br>    Plaintiffs;<br><br>v.<br><br>JUDICIAL CORRECTION SERVICES, INC., a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a Corporation; CHILDERSBURG, ALABAMA, a municipal corporation; and B.J. MEEKS, in his official capacity as Mayor of Childersburg, Alabama,<br><br>    Defendants. | CIVIL ACTION NO. CV-12-02819 |

## **MOTION TO DISMISS**

Judicial Correction Services, Inc. ("JCS") and Correctional Healthcare Services, Inc. ("CHHC") move the Court to dismiss this lawsuit for failure to state a claim upon which relief can be granted.  Fed. R. Civ. 12(b)(6). In addition, Judicial Correction Services, Inc. and Correction Healthcare Companies, Inc. are entitled to dismissal because they are entitled to absolute quasi-judicial immunity.  A supporting memorandum of points and authorities is filed concurrently with this motion which is incorporated with this motion.

Respectfully submitted on September 18, 2012.

                                            Respectfully,

                                            */s/ Wayne Morse, Jr.*
                                            Wayne Morse, Jr.
                                            Attorney for Judicial Correction Services, Inc. and Correctional Healthcare Companies, Inc.

WALDREP STEWART &
KENDRICK, LLC
2323 Second Avenue North
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following attorneys of record.  I also hereby certify that I have mailed via U.S. Postal Service, the foregoing document to any of the following who may not be CM/ECF participants.

G. Daniel Evans, Esq.
Alexandria Parris, Esq.
The Evans Law Firm
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209

William Dawson, Esq.
Dawson Law
2229 Morris Avenue
Birmingham, AL 35203

                                            */s/ Wayne Morse, Jr.*
                                            OF COUNSEL