UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINA KAY RAY, KALUS K. JOHNSON, and DEUANTE T. JEWS, individually and for a class of similarly situated persons or entities,<br><br>    Plaintiffs;<br><br>v.<br><br>JUDICIAL CORRECTION SERVICES, INC., a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a Corporation; CHILDERSBURG, ALABAMA, a municipal corporation; and B.J. MEEKS, in his official capacity as Mayor of Childersburg, Alabama,<br><br>    Defendants. | CIVIL ACTION NO. CV-12-02819 |

**CONFLICT DISCLOSURE STATEMENT**

Defendant **Correctional Healthcare Companies, Inc.** ("CHC") makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed. R. Civ. P. 7.1:

CHC is a wholly owned and fully integrated subsidiary of CHC Companies, Inc. CHC Companies, Inc. also owns four other subsidiaries, which are all wholly-owned and fully integrated subsidiaries. These subsidiaries include: Health Professionals, Ltd.; Judicial Correction Services,

Inc.; Physicians Network Association, Inc.; and CHC Pharmacy Services, Inc.

No publicly held corporation owns 10% or more of CHC.

Respectfully submitted on September 18, 2012.

/s/ Wayne Morse, Jr.
Wayne Morse, Jr.

WALDREP STEWART
& KENDRICK, LLC
2323 Second Avenue North
Birmingham, AL  35203
Telephone:  (205) 254-3216
Facsimile:   (205) 324-3802

Attorney for Judicial Correction Services, Inc. and Correctional Healthcare Companies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following attorneys of record.  I also hereby certify that I have mailed via U.S. Postal Service, the foregoing document to any of the following who may not be CM/ECF participants.

G. Daniel Evans, Esq.
Alexandria Parris, Esq.
The Evans Law Firm
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209

William Dawson, Esq.
Dawson Law
2229 Morris Avenue
Birmingham, AL 35203

/s/ Wayne Morse, Jr.
OF COUNSEL

2