# **EXHIBIT 1**

FILED
2016 Jul-08 PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

1901 Sixth Avenue North • Suite 1500 • P.O. Box 306 (35201) • Birmingham, AL 35203-4642   www.balch.com



CHRISTOPHER K. FRIEDMAN
t: (205) 226-3444
f: (205) 488-5906
e: cfriedman@balch.com

June 28, 2016

VIA E-MAIL GDEVANS@EVANSLAWPC.COM
VIA U.S. MAIL

Mr. G. Daniel Evans
The Evans Law Firm P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

Re:   *Gina Kay Ray, et al. v. JCS, et al.* U.S. District Court, Case No.:2:12-cv-2819

Dear Mr. Evans:

This is to confirm the current status of the non-party discovery in *Ray, et al. v. JCS, et al.* following the June 27, 2016 meeting between Plaintiffs' Counsel and Counsel for the non-party subpoena recipients.

Although you did not reduce the total number of individuals about whom you are requesting information, you withdrew your June 17, 2016 discovery request, and are now requesting the following:

Electronically stored information from each city that shows:

1) if a warrant for each person listed in Exhibit 1 to the original subpoena was issued by the Municipal Court. If a warrant was issued then;

2) information showing whether that person was arrested; and

3) how many days that person spent in jail.

Additionally, you limited your request to incidents occurring after August 28, 2010.

You are not seeking *any* paper records, and do not require municipalities or municipal courts to convert paper records to electronic records. You refused to reduce the number of persons on the list and did not make any agreement to pay for costs.

Counsel for cities will speak to their respective I.T. staff and will ask the following questions:

1) Is it possible to pull the electronic data requested by Plaintiffs' Counsel?

      2) If so, then what are the logistical steps required to pull the data?

      3) How much of the requested information is kept on paper records?

      4) How much will it cost to hire an outside contractor to pull the data?

Additionally, the cities will consult with their I.T. staff to determine whether it is necessary and/or productive to contact Plaintiffs' I.T. specialists regarding these discovery requests.

Nothing in this letter is meant to waive any objections about the *Ray* Plaintiffs' discovery, nor is it meant to be a commitment to provide electronic records not reasonably related to a valid class definition.

                                               Best regards,



                                               Christopher K. Friedman

CKF:pc


cc:    David A. McDowell, Esq. (*via E-mail david@mcdowellfaulk.com*)
       Andrew J. Rutens, Esq. (*via E-mail arutens@gallowayllp.com*)
       Edwin B. Livingston, Jr., Esq. (*via E-mail elivingstonjr@bellsouth.net*)
       Richard F. Calhoun, Esq. (*via E-mail pikelaw@troycable.net*)
       Jimmy F. Carnes, Esq. (*via E-mail carnes_c@bellsouth.net*)
       Bruce J. Downey, IV, Esq. (*via E-mail bjd@downey-lawfirm.com*)
       Brian Kilgore, Esq. (*via E-mail Brian.Kilgore@birminghamal.gov*)
       Kayla Lawrence, Esq. (*via E-mail kayla.lawrence@birminghamal.gov*)
       Frederic L. Fullerton, II, Esq. (*via E-mail fredric.fullerton@birminghamal.gov*)
       Warren Kinney, Esq. (*via E-mail wkinney@pphlaw.net*)
       James W. Porter, II, Esq. (*via E-mail jwporterii@pphlaw.com*)
       John H. Jackson, Jr., Esq. (*via E-mail johnhollis@jjllp.com*)
       Casey Pipes, Esq. (*via E-mail jcp@helmsinglaw.com*)
       Dan Warnes, Esq. (*via E-mail warnesdan@gmail.com*)
       Wayne Morse, Jr., Esq. (*via E-mail morse@wskllc.com*)
       Shannon Holliday, Esq. (*via E-mail holliday@copelandfranco.com*)
       Larry Logsdon, Esq. (*via E-mail llogsdon@wallacejordan.com*)
       Michael Jackson, Esq. (*via E-mail mjackson@wallacejordan.com*)
       Timothy P. Donahue, Esq. (*via E-mail timdonahue@donahue-associates.com*)
       L. Conrad Anderson, Esq. (*via E-mail canderson@balch.com*)
       Ginny Willcox Leavens, Esq. (*via E-mail gwillcox@balch.com*)
       David R. Boyd, Esq. (*via E-mail dboyd@balch.com*)

        Will Hill Tankersley, Esq. (*via E-mail wht@balch.com*)
        Ed R. Haden, Esq. (*via E-mail ehaden@balch.com*)
        Adam K. Israel, Esq. (*via E-mail aisrael@balch.com*)
        Chase T. Epsy, Esq. (*via E-mail cepsy@balch.com*)
        Lane Finch, Esq. (*via E-mail lane.finch@swiftcurrie.com*)
        Brian C. Richardson, Esq. (*via E-mail brian.richardson@swiftcurrie.com*)
        Wilson F. Green, Esq. (*via E-mail wgreen@fleenorgreen.com*)
        Gregory C. Cook, Esq. (*via E-mail gcook@balch.com*)
        Mike O'Brien, Esq. (*via E-mail maowtlaw@bellsouth.net*)