# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GINA KAY RAY, KRISTY FUGATT, TIMOTHY FUGATT and DEUNATE T. JEWS, individually and for a class of similarly situated persons or entities,<br><br>    Plaintiffs,<br><br>v.<br><br>JUDICIAL CORRECTIONS SERVICES, INC., CORRECTIONAL HEALTHCARE COMPANIES, INC., and THE CITY OF CHILDERSBURG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 2:12-cv-02819-RDP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

David R. Boyd, of Balch & Bingham LLP, hereby moves this Court for an order permitting him to withdraw as counsel of record for the City of Childersburg in the above-styled case. The City of Childersburg will continue to be represented by Will Hill Tankersley, Gregory C. Cook, Ed R. Haden, L. Conrad Anderson IV, Ginny B. Willcox, and Chase T. Espy of Balch & Bingham LLP.

Respectfully submitted on 9th day of September, 2016.

                                                */s/ David R. Boyd*
                                                One of the Attorneys for City of Childersburg

**OF COUNSEL**

David R. Boyd
Will Hill Tankersley
Gregory C. Cook
Ed R. Haden
L. Conrad Anderson IV
Ginny B. Willcox
Chase T. Espy
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

Timothy P. Donahue
DONAHUE & ASSOCIATES, LLC
1020 22nd Street South
Birmingham, AL  35205

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 9th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Daniel Evans
Alexandria Parrish
D. Patrick Evans
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209

Robert L. Wiggins, Jr
Wiggins, Childs, Quinn & Pantazis, LLC
301 North 19th Street
Birmingham, Alabama 35203-3204

Erwin Chemerinsky
401 East Peltason Drive
Irvine, California 92697-8000

Larry S. Logsdon
Michael L. Jackson
Wallace, Jordan, Ratliff, & Brandt, LLC
P.O. Box 530910
Birmingham, AL 35253

F. Lane Finch, Jr.
Brian C. Richardson
Swift Currie McGhee and Hiers, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

Wilson F Green
FLEENOR & GREEN LLP
1657 McFarland Blvd N., Suite G2A
Tuscaloosa, AL 35406

              */s/ David R. Boyd*
              OF COUNSEL