INVOICE #115

EXHIBIT 2

# T. Brad Bishop

Professor of Law, Cumberland School of Law
Municipal Judge, City of Hoover
Chairman, Alabama Supreme Court
    Advisory Commission on Municipal Courts

FOR

Invoice for work done as consultant on the
case: Kari Woods, et al
v.
Judicial Corrections Services, Inc. et al
The City of Columbiana
and
Gina Kay Ray, et al
v.
Judicial Services, et al The City of Childersburg



PLAINTIFF'S EXHIBIT 349

| DESCRIPTION | AMOUNT |
|---|---|
| 2:30 - 3:30 (1 hr.) The initial meeting with Larry Logsdon at the offices of Wallace, Jordan, Ratcliff & Brandt, LLC. and co-counsel to discuss the retention of my services as expert witness, the essential issues and the role I would play in the Defense of the Cases | $250.00 |
| Tuesday, June 28, 2016 - 9:00 - 11:45 (2.5 hrs.): Meeting with Larry Logsdon and Wilson Green to discuss strategy and schedules in preparation for deposition and initial court hearings. | $625.00 |
| Tuesday July 19, 2016 - 9:30 - 11:00 (1.5 hrs.): Meeting with Larry Logdson and Co-Counsel at Wallace, Jordan offices to plan strategy and received numerous documents to review (pleadings, depositions, court records, etc.) | $375.00 |
| Tuesday July 19, 2016 - 3:15 - 4:15 (1 hr.): Reviewed "documents" for all Plaintiffs in Black notebook | $250.00 |
| Wednesday July 20, 2016 - 1:00 - 3:00 (2 hrs.): Reviewed Columbiana and Childersburg complaints, Devante T. Jews deposition and Penny Hall's deposition. | $500.00 |
| Thursday July 21, 2016 - 10:00 - 11:00 (1 hr.): Drafted and reviewed my own notes reflecting important issues gathered from the documents reviewed. | $250.00 |
| Monday July 25, 2016 - 12:30 - 1:30 (1 hr.): Reviewed notes and documents in preparation for July 26, 2016 meeting at 8:30 a.m. at Wallace, Jordan offices. | $250.00 |
| Tuesday July 26, 2016 - 8:45 - 12:45 (4 hrs.): Conference meeting at Jordan, Wallace Offices with Larry Logsdon, Wilson Green, Lauren Walker to discuss strategy. | $1,000.00 |

14 total hours @ $250 per hour

TOTAL     $3,500.00

Please Remit to:     T. Brad Bishop
                           150 Valleydale Drive
                           Indian Springs, AL 35124

*T. Brad Bishop* (signature)

INVOICE #115

# T. Brad Bishop

Professor of Law, Cumberland School of Law
Municipal Judge, City of Hoover
Chairman, Alabama Supreme Court
   Advisory Commission on Municipal Courts



## FOR

Invoice for work done as consultant on the
case: Kari Woods, et al
v.
Judicial Corrections Services, Inc. et al
The City of Columbiana
and
Gina Kay Ray, et al
v.
Judicial Services, et al The City of
Childersburg

| DESCRIPTION | AMOUNT |
|---|---|
| Wednesday August 3, 2016 11:15 - 12:45 **(1.5 hrs.)**: Meeting at Wallace, Jordan with Larry Logsdon, Bent Owens, Grace (Columbiana Lawyer) to review and edit affidavit wording in preparation for deposition. | $375.00 |
| Wednesday August 3, 2016 4:00 - 5:00 **(1 hr.)**: Reviewed and edited last portion of affidavit so it could be returned to Larry for final drafting. | $250.00 |
| Thursday August 4, 2016 11:00 - 12:00 **(1 hr.)**: Edited final version and attached exhibits brought to my office by Jordan Wallace, representative. | $250.00 |
| Monday August 15, 2016 4:18 a.m. - 5:18 a.m. **(1 hr.)**: Reviewed new recommended changes to Childersburg and Columbiana document and made minor revisions. | $250.00 |
| Monday August 15, 2016 6:45 a.m.- 7:45 a.m. **(1 hr.)**: Continued editing documents to be returned to Larry for final editing process and retyping | $250.00 |
| Monday August 15, 2016 3:30- 4:00 **(.5 hr.)**: Conference call with Brent Owens and Joanna Seal regarding Columbiana procedures with JCS. | $125.00 |
| Monday August 15, 2016 4:00- 4:30 **(.5 hr.)**: Telephone conversation with Lisha Kidd regarding Childersburg procedures with JCS. | $125.00 |
| Tuesday August 16, 2016 8:30- 11:00 **(2.5 hr.)**: Final editing of expert disclosure affidavits to be filed in Federal Court in both Childersburg and Columbiana cases. This involved phone calls with Larry and Wilson to get final wording. Signed the documents and sent them back to the firm by Jordan, Wallace representative, Johnny at 1:30 p.pm. | $625.00 |
| 9 total hours @ $250 per hour | |
| TOTAL | $2,250.00 |

Please Remit to:   T. Brad Bishop
                     150 Valleydale Drive
                     Indian Springs, AL 35124

*T Brad Bishop* (signature)