# IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GINA KAY RAY, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> JUDICIAL CORRECTION SERVICES, INC., *et al.*, <br> Defendants. | Case No. 2:12-cv-02819-RDP |

## EVIDENTIARY SUBMISSION IN SUPPORT OF CORRECT CARE SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Correct Care Solutions, LLC submits this evidentiary submission in support of its Motion for Summary Judgment:

| **Exhibit** | **Description** |
|---|---|
| A. | 2005 Contract between JCS and City of Childersburg |
| B. | City of Childersburg, Alabama Resolution No. 2015-17 |
| C. | 9/30/11 Agreement and Plan of Merger |
| D. | Don Houston deposition |
| E. | Colleen Ray deposition, Volume II |
| F. | June 13, 2014 JCS document by Robert McMichael |
| G. | David Perry deposition |
| H. | June 2014 Securities Exchange Agreement |

I.   February 1, 2016 Organizational Chart

J.   July 29, 2014, December 2014 Organizational Charts

K.   Deunate Jews deposition

L.   Deunate Jews Case Summary

M.   JCS January 27, 2009 letter to Deunate Jews

N.   Petition for Revocation of Probation and Statement of Delinquency Charges dated February 3, 2009

O.   Capias Warrant of Arrest dated February 17, 2009

P.   Alabama Uniform Arrest Report dated September 11, 2009

Q.   City of Childersburg Municipal Court Order of Probation dated October 22, 2009

R.   Deunate Jews Court History Report as of August 22, 2014

S.   City of Childersburg Violation Report dated December 22, 2009

T.   Petition for Revocation of Probation and Statement on Delinquency Charges dated December 22, 2009

U.   Capias Warrant of Arrest dated January 15, 2010

V.   Alabama Uniform Arrest Report dated August 18, 2010

W.   Case File Report for Deunate Jews

X.   JCS October 7, 2010 letter to Deunate Jews

Y.   Petition for Revocation of Probation and Statement on Delinquency Charges dated November 3, 2010

Z.   Alabama Uniform Arrest Report dated January 13, 2011

| | |
|---|---|
| AA. | Municipal Inmate Release Authorization City of Childersburg |
| BB. | Court docket dated March 10, 2011 |
| CC. | JCS Personal Information Sheet for Deunate Jews |
| DD. | Petition for Revocation of Probation and Statement on Delinquency Charges dated May 17, 2011 |
| EE. | Capias Warrant of Arrest dated June 10, 2011 |
| FF. | Alabama Uniform Arrest Report dated February 21, 2012 |
| GG. | City of Childersburg Municipal Court Order of Probation dated March 8, 2012 |
| HH. | JCS Personal Information Sheet |
| II. | Petition for Revocation of Probation and Statement on Delinquency Charges dated June 28, 2012 |
| JJ. | Alabama Uniform Traffic Tickets and Complaints dated November 13, 2010 |
| KK. | City of Childersburg Municipal Court Order of Probation for Kristy Fugatt dated January 13, 2011 |
| LL. | Petition for Revocation of Probation and Statement of Delinquency Charges for Kristy Fugatt dated June 28, 2011 |
| MM. | Capias Warrant of Arrest for Kristy Fugatt dated August 11, 2011 |
| NN. | Alabama Uniform Arrest Report for Kristy Fugatt dated February 26, 2012 |
| OO. | Alias Warrant of Arrest for Failure of Defendant to Appear for Kristy Fugatt |
| PP. | Petition for Revocation of Probation and Statement of Delinquency Charges for Kristy Fugatt dated September 20, 2012 |

QQ. Case Action Summary

RR. Timothy Fugatt deposition

SS. Petition for Revocation of Probation and Statement of Delinquency Charges for Kristy Fugatt dated November 2, 2012

TT. Kristy Fugatt deposition

UU. Alabama Uniform Traffic Ticket and Complaint for Timothy Fugatt dated December 3, 2010

VV. City of Childersburg Municipal Court Order of Probation for Timothy Fugatt dated January 13, 2011

WW. Case File Report for Timothy Fugatt

XX. Petition for Revocation of Probation and Statement of Delinquency Charges for Timothy Fugatt dated August 11, 2011

YY. Capias Warrant of Arrest for Timothy Fugatt dated August 11, 2011

ZZ. Alias Warrant of Arrest for Failure of Defendant to Appear for Timothy Fugatt

AAA. Alabama Uniform Arrest Report for Timothy Fugatt dated February 26, 2012

BBB. Consolidated Appearance Bond for Timothy Fugatt

CCC. City of Childersburg Municipal Court Order of Probation for Timothy Fugatt

DDD. Petition for Revocation of Probation and Statement of Delinquency Charges for Timothy Fugatt dated September 19, 2012

EEE. Petition for Revocation of Probation and Statement of Delinquency Charges for Timothy Fugatt dated November 2, 2012

FFF. Alabama Uniform Traffic Ticket and Complaint for Timothy Fugatt

| | |
|---|---|
| | dated September 14, 2012 |
| GGG. | Court Record for Case No. TR 12-00568 |
| HHH. | Gina Ray deposition |
| III. | File Report for Gina Ray |
| JJJ. | Model Integrated Defendant Access System Summary for Gina Ray |
| KKK. | Alabama Uniform Traffic Tickets and Complaints and Court Records for Gina Ray |
| LLL. | Expert Report of Brad Bishop |
| MMM. | City of Childersburg Municipal Court Order of Probation |
| NNN. | Case File Report for Gina Ray |
| OOO. | Capias Warrant of Arrest dated January 18, 2011 |
| PPP. | Alabama Uniform Arrest Report dated January 19, 2011 |
| QQQ. | City of Childersburg Municipal Court Order of Probation |
| RRR. | City of Childersburg Violation Report dated January 4, 2012 |
| SSS. | Capias Warrant of Arrest dated February 10, 2012 |
| TTT. | Alabama Uniform Arrest Report dated April 21, 2012 |
| UUU. | City of Childersburg Municipal Court Order of Probation |
| VVV. | Gina Ray's Response to JCS and CHC's First Interrogatories |

RESPECTFULLY SUBMITTED,

DATED: January 26, 2017

_____
F. Lane Finch, Jr. (ASB-0027-I58F)
Brian C. Richardson (ASB-5241-H14U)
*Attorneys for CHC Companies, Inc. and Correct Care Solutions, LLC*

**OF COUNSEL:**
SWIFT, CURRIE, MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203
(205) 314-2401
Fax (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following:

G. Daniel Evans
Alexandria Parrish
The Evans Law Firm
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209

Michael L. Jackson
Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt
P. O. Box 530910
Birmingham, AL 35253

Wilson F. Green
Fleenor & Green
1657 McFarland Blvd N, Suite G2A
Tuscaloosa, AL 35406

John N. Bolus
Maynard, Cooper & Gale
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203

James W. Porter, II
Richard Warren Kinney, III
Porter, Porter & Hassinger
215 Richard Arrington Jr. Blvd N.
Suite 1000
Birmingham, AL 35201

Erwin Chemerinsky
401 East Peltason Drive
Irvine, CA 92697-8000

Robert L. Wiggins, Jr.
Daniel P. Evans
Wiggins, Childs, Quinn & Pantazis
301 19th Street North
Birmingham, AL 35203

Timothy P. Donahue
Donahue & Associates
1020 22nd Street South
Birmingham, AL 35205

L. Conrad Anderson, IV
Gregory C. Cook
Chase Tristian Espy
Edgar R. Haden
Ginny Willcox Leavens
Will Hill Tankersley
Christopher K. Friedman
Balch & Bingham
1710 6th Avenue North
P. O. Box 306
Birmingham, AL 35201-0306

_____
OF COUNSEL

3353802v.1