FILED
2017 Jan-26 PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A



JUDICIAL CORRECTION SERVICES, INC.
CLIENT AGREEMENT

**CITY OF CHILDERSBURG ALABAMA**  **COUNTY OF TALLADEGA**

THIS AGREEMENT made and entered into this ____ day of _____, 2005, by and between the City of Childersburg, Alabama (the "City"), the City's Municipal Court (the "Court") and Judicial Correction Services, Inc., a Delaware corporation, ("JCS").

## RECITALS

**WHEREAS,** the City, through its duly elected or appointed officials, is authorized to enter into a binding contract with a qualified vendor to provide probation supervision and related services for the benefit of the City and Court;

**WHEREAS,** JCS, who conducts probation services for various county and city entities and represents that it is a qualified vendor able and willing to provide these services to the City and Court;

**NOW, THEREFORE,** for and in consideration of the mutual covenants contained herein, and other good and valuable considerations, the receipt, adequacy and sufficiency of which is acknowledged by the parties hereto, the City and Court enter into this agreement with JCS to provide probation services upon the terms set forth below, including the following Exhibits:
    Exhibit A – Uniform Standards of Probation Supervision
    Exhibit B – Services Provided by JCS
    Exhibit C – Compensation to JCS

This agreement will initially extend for one year from the date of execution, and shall automatically renew in one year increments thereafter unless terminated by either party with a thirty (30) day written notice.

The foregoing constitutes the entire agreement between the parties and supersedes any representation or agreement heretofore made. This agreement shall be governed by the laws of the State of Alabama and may be amended only by a document in writing signed by a duly authorized representative of the City and JCS.

WITNESS the hand and seal of the authorized representatives of the City and JCS effective as of the date first above written.

CITY/COURT OF CHILDERSBURG, Alabama

By: _B.J. Meeks_
Title: _Mayor_

Judicial Correction Services, Inc.
By: _[signature]_
Title: _VP Mktg & Operations_

CHILDERSBURG 000090

Page 1 of 4

# EXHIBIT A
# UNIFORM STANDARDS OF PROBATION SUPERVISION

1. All JCS probation officers will be at least 21 years of age at the time of appointment.

2. JCS will employ at least one supervisor of private probation officers with a minimum of five years experience in corrections, parole or probation services.

3. No person convicted of a felony will be employed as a private probation officer, use the title private probation officer or otherwise be responsible for the supervision of probationers.

4. JCS will complete record checks on all staff in accordance with its standard operating procedures.

5. JCS will supervise all probated cases sentenced by the Court. JCS will also supervise indigent cases when determined by the Court. These cases will not be charged the standard probation fee, but will still be offered all JCS services.

6. Probationers not complying with the terms set forth in the Court order will be returned to the Court, at which time the probation officer will testify as to the circumstances of the case, giving the probationer full opportunity to refute any or all points. The probation officer will then comply with the Court's ruling in reference to sentencing or possible revocation of probation.

7. Probationers who pay their entire fine and Court costs within one week of the sentencing date will not be charged a probation supervision fee by JCS, although they would be responsible for a $10 set-up fee.

8. JCS shall comply with all provisions of state and federal law.

CHILDERSBURG 000091

## EXHIBIT B
## SERVICES PROVIDED BY JCS

1. Attend regularly scheduled court sessions for the purpose of obtaining sentencing information and personal history information for each offender placed on probation. Dates of regularly scheduled court sessions will be made available to JCS at least 30 days in advance.

2. Conduct an initial interview with each probationer at the time of his or her sentencing for purposes of explaining the scope of the court order relative to fines, fees, and/or restitution imposed as well as requirements and conditions for probation supervision.

3. Monitor offenders for compliance with terms and conditions of probation as required by the Court, notifying the Court of any non-compliance. The Court will decide when revocation of probation is necessary.

4. If requested by the Court to do so, collect from probationers Court ordered fines, restitutions and other costs associated with the Court, and disburse said monies as follows:

    (a) Restitution shall be paid to JCS who will disburse monies directly to the victim, or, the restitution may be paid to the Clerk of Court for distribution to the victim, as directed by the Court.
    (b) All fines, surcharges, and other fees shall be paid to JCS who will disburse monies to the City as directed by Court.

5. Prepare referrals and lend assistance to probationers either ordered to receive or desiring employment assistance or counseling.

6. Coordinate community service work as required as a condition of probation by the Court. The City/Court will define the work mission for all community service. JCS will coordinate only that community service work that is reasonably consistent with those duties performed by regular City employees.

7. Maintain case files on each probationer regarding compliance with the terms and conditions of probation, reporting dates, field contacts as they occur and in the amounts and dates of monies collected.

8. Provide reports to the Court regarding compliance and payment information as requested.

9. JCS shall supervise all persons assigned to probation by the Court with a ratio of probationers to staff of no greater than 300 to 1.

10. JCS shall maintain professional liability insurance in an amount not less than one million ($1,000,000) dollars.

13. Each probationer placed on probation under the supervision of JCS will be required to meet with their assigned probation officer at least every 30 days. Probationers that do not comply with the probation guidelines and the Court's order may be required to meet with their probation officer more than once a month (referred to as "intense" supervision).

14. Any modification to the original court sentence will be decided by the Court.

15. JCS may recommend to the Court early probation release if a probationer has fulfilled all Court ordered requirements and paid all fines. Any remaining fees will not be assessed against the probationer if the Court grants early release.

CHILDERSBURG 000092

# EXHIBIT C
## COMPENSATION TO JCS

JCS agrees that it will not invoice the City or Court for its services. In consideration of the probation services provided by JCS, the Court agrees that each Court Order shall provide for the following:

1. Probation fee of $ 35.00 per month flat fee. (Basic or intensive supervision)

2. One time probationer set-up fee of $10.00. This set-up fee includes courtroom processing and data and digital image entry into JCS's proprietary ProbationTracker™ software system.

3. Community service insurance of $15.00 per 40 hours of community service assigned, if ordered by the Court (and specifically requested) . This insurance provides up to $10,000 of medical/death benefits if the probationer is injured or killed while performing community service.

4. JCS provides a wide array of other probation related services such as Electronic Monitoring. Should the Court decide that it would like to avail itself of any of these services, a representative of JCS will be glad to meet with the Court and discuss the fee structure(s). Certain services require a minimum caseload level.

CHILDERSBURG 000093