| | |
|---|---|
| **From:** | Don Houston |
| **To:** | Bruce McDaniel; Shelton Frey; Rich Hegstad; Al Armijo; Jim Anderson |
| **Cc:** | Doug Goetz; Wendy Dunegan |
| **Subject:** | Department Head Meeting |
| **Date:** | Friday, March 16, 2012 10:53:17 AM |

On Monday Doug has asked for some time to discuss JCS integration so that will be our first topic. In addition, I have asked Wendy to give a short presentation/overview on Requests for Equitable Adjustment (REA). The plan is at the end of her presentation for us to put together a plan on this important issue to include identifying responsibility for oversight of the process. There are contractual, HR and Financial implications to each REA.

A draft of the revised sales commission plan will be distributed at the meeting for review and comment.

Please send me any other topics that need to be addressed at the meeting. The goal of Monday's meeting is to resolve issues so come prepared to make decisions.

**Don Houston**
Chief Operating Officer

**CHC | Correctional Healthcare Companies**
6200 S. Syracuse Way, Suite 440 Greenwood Village, CO 80111
Phone: Direct: 720.622.8040| Toll Free: 866.246.5245| Cell: 806.470.1669 | Fax: 303.706.9068

Providing the full continuum of medical and behavioral healthcare solutions
to the criminal justice system nationwide. | www.correctioncare.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, may contain protected health information, or may constitute non-public information. It is intended to be conveyed only to the designated recipients named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CHC CCS 000636