# EXHIBIT L

# Leah Sharp Turner, RMR, CRR

Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
  cell: (256) 656-8239
  leahturner@charter.net

**INVOICE**

**DATE:** 2/5/15
**INVOICE:** 138

**BILL TO**
The Evans Law Firm
Attn: Janet

**RE**
Gina Kay Ray
vs.
JCS, Inc.
12-cv-2819-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of hearing before Judge Proctor on 1/7/15 | 58 pages x .90 | 52.20 |

*PAID FEB 27  32337*

TAX ID# 20-2835267

**TOTAL Due**    **$52.20**

Invoice Template      Templates by Vertex42.com

# INVOICE

# Leah Sharp Turner, RMR, CRR
Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
  cell: (256) 656-8239
  leahturner@charter.net

DATE: 6/30/15

INVOICE: 175

**BILL TO**
Evans Law Firm
Attn: Janet

**RE**
Gina Kay Ray
vs.
JCS
12-cv-2819-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---:|
| Transcript of hearing before Judge Proctor on 5/4/15 | 34 pages<br>x .90 | 30.60 |

TAX ID# 20-2835267



JUL - 6
32612

**TOTAL Due**    **$30.60**

Invoice Template

Templates by Vertex42.com

# INVOICE

# Leah Sharp Turner, RMR, CRR
Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
   cell: (256) 656-8239
  leahturner@charter.net

**DATE:** 7/16/15

**INVOICE:** 180

### BILL TO
The Evans Law Firm
Attn: Janet B. Ives

### RE
Gina Kay Ray
vs.
JCS, et al.
12-cv-2819-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---:|
| Transcript of hearing before Judge Proctor on 7/2/15 (copy) | 126 pages x .90 | 113.40 |

TAX ID# 20-2835267

**TOTAL Due**     $113.40

Invoice Template     Templates by Vertex42.com


PAID JUL 20

# INVOICE

# Leah Sharp Turner, RMR, CRR

Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
  cell: (256) 656-8239
  leahturner@charter.net

**DATE:** 1/11/16

**INVOICE:** 216

## BILL TO
Danny Evans

## RE
Gina Kay Ray
vs.
JCS, et al.
12-cv-2819-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of hearing in-chambers before Judge Proctor on 12/29/15 (copy) | 68 pages x .90 | 61.20 |

TAX ID# 20-2835267



**TOTAL Due** $61.20

Invoice Template

Templates by Vertex42.com

# INVOICE

# Leah Sharp Turner, RMR, CRR
Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
cell: (256) 656-8239
leahturner@charter.net

**DATE:** 3/18/16

**INVOICE:** 238

**BILL TO**
Evans Law Firm
Attn: Janet

**RE**
Gina Kay Ray
vs.
JCS; City of Childersburg, et al.
12-cv-2819

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of hearing before Judge Proctor on 3/2/16 (copy) | 80 pages x .90 | 72.00 |

TAX ID# 20-2835267

**TOTAL Due** $72.00

Invoice Template

Templates by Vertex42.com



PAID
MAR 18
33189

# INVOICE

# Leah Sharp Turner, RMR, CRR
Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
  cell: (256) 656-8239
  leahturner@charter.net

**DATE:** 6/20/2016

**INVOICE:** 266

**BILL TO**
The Evans Law Firm
Attn: Janet Ives

**RE**
Gina Kay Ray
vs.
JCS, et al.
2:12-cv-2819

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of hearing before Judge Proctor on 6/7/16 (copy) | 62 pages x .90 | 55.80 |

TAX ID# 20-2835267

**TOTAL Due** $55.80

Invoice Template

Templates by Vertex42.com

# INVOICE

# Leah Sharp Turner, RMR, CRR
Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
cell: (256) 656-8239
leahturner@charter.net

DATE: 10/21/2016
INVOICE: 296

**BILL TO**
Danny Evans
Attn: Janet Ives

**RE**
Ray, et al., vs. JCS, et al.
12-cv-2819-RDP
Woods, et al., vs. City of Columbiana, et al.
15-cv-493-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of status conference in chambers before Judge Proctor 10/20/16 | 41 pages x .90 | 36.90 |

TAX ID# 20-2835267


PAID
NOV 4
3 3558

TOTAL Due $36.90

Invoice Template

Templates by Vertex42.com

# INVOICE

# Leah Sharp Turner, RMR, CRR

Federal Official Court Reporter, Northern District of Alabama

Hugo L. Black U.S. Courthouse
1729 5th Avenue North, Room 217
Birmingham, AL 35203
  cell: (256) 656-8239
  leahturner@charter.net

DATE: 2/9/2017

INVOICE: 311

**BILL TO**
Evans Law Firm
Attn: Janet Ives

**RE**
Gina Kay Ray, et al.
vs.
JCS, et al.
12-cv-2819-RDP

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Transcript of hearing before Judge Proctor on 2/2/17 | 92 pages x .90 | 82.80 |

TAX ID# 20-2835267



**TOTAL Due** $82.80

Invoice Template

Templates by Vertex42.com