# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINA KAY RAY,** *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:12-02819-RDP |
| ) | |
| **JUDICIAL CORRECTION** ) | |
| **SERVICES, INC.,** *et al.*, ) | |
| Defendants. ) | |

## APPENDIX A

| Sch. No. | Schedule Title | Page No.[1] |
|---|---|---|
| - | CCS Disclosure Schedule | 01 |
| 3.1 | Organization and Corporate Power | 02 |
| 3.2 | Subsidiaries | 03 |
| 3.3.2 | Authorization; Valid and Binding Agreement; No Breach | 04 |
| 3.7 | Liabilities | 109 |
| 3.8 | Absence of Certain Developments | 110 |
| 3.10 | Ownership of Assets; Sufficiency | 116 |
| 3.11.1 | Leased Real Property | 117 |
| 3.12.2 | Infringement | 118 |
| 3.12.3 | Scheduled IP | 119-120 |
| 3.12.4 | IP Contracts | 121 |
| 3.12.5 | Confidentiality and Invention Assignments | 122 |
| 3.13.1 | Compliance with Laws | 124 |
| 3.13.1(x) | Permits | 125 |
| 3.13.2 | Compliance with Laws | 126 |
| 3.13 | PCs | 127-130 |
| 3.14 | Tax Matters | 131 |
| 3.15.1 | Company Plans | 132 |
| 3.15.9 | Effect of Contemplated Transactions on Compensation and Company Plans | 133 |
| 3.15.10 | Outstanding Severance or Similar Payment Obligations | 134 |

---

[1] This bates range is based on the documents provided to Judge Cornelius on July 18, 2017, for *in camera* review labeled "Unredacted 2014 Securities Exchange Agreement Schedules 0001-0345.

| | | |
|---|---|---|
| 3.16 | Environmental Matters | 135 |
| 3.17.1 | Contracts | 136-140 |
| 3.17.2 | Enforceability; Breach | 141 |
| 3.18 | Affiliate Transactions | 142 |
| 3.20 | Employees | 145 |
| 4.6(a) | Transaction Fees | 160 |
| 4.6(b) | Debt-Financing Transaction Fees | 161 |
| 4.9 | Nonsolicitation | 162 |
| 4.10(a) | Debt-Financing | 163 |
| - | CHC Disclosure Schedule | 164 |
| 3.1 | Organization and Corporate Power | 165 |
| 3.3.2 | Authorizations; Valid and Binding Agreement; No Breach | 168 |
| 3.10 | Ownership of Assets; Sufficiency | 266 |
| 3.11.1 | Leases | 267-270 |
| 3.12.2 | Infringement | 271 |
| 3.12.3 | Registered Intellectual Property Rights and Applications | 272-274 |
| 3.12.4 | IP Contracts | 275 |
| 3.12.5 | Confidentiality and Invention Assignments | 276 |
| 3.13.1 | Compliance with Laws | 277 |
| 3.13.1(x) | Permits | 278 |
| 3.13 | Compliance with Laws | 279-280 |
| 3.15.1 | Employee Benefit Plans | 283-284 |
| 3.15.9 | Severance; Change of Control; Transaction Bonuses | 285-286 |
| 3.16 | Environmental Matters | 288 |
| 3.17.1 | Contracts | 289-293 |
| 3.17.2 | Enforceability; Breach | 294 |
| 3.18 | Affiliate Transactions | 295 |
| 3.20 | Employees | 298-299 |
| 4.6(a) | Transaction Fees | 342 |
| 4.6(b) | Debt-Financing Transaction Fee | 343 |
| 4.9 | Non-Solicitation | 344 |
| 4.10.1(a) | JHI Indebtedness | 345 |

3503862v.1