# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINA KAY RAY,** *et al.*, ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:12-02819-RDP** |
| ) | |
| **JUDICIAL CORRECTION** ) | |
| **SERVICES, INC.,** *et al.*, ) | |
|     **Defendants.** ) | |

## **APPENDIX B**

| Sch. No. | Schedule Title | Page No.[1] | Redactions |
|---|---|---|---|
| | CCS Schedules | | |
| 3.5 | Capitalization | 05-08 | Units of Equity Interest in CCS Group Holdings, LLC. |
| 3.6 | Financial Statements | 09-108 | Information and monetary amounts related to GEO Care Holdings, LLC and the purchase of Conmed. Monetary amounts, number of shares, per stock unit in financial statements. |
| 3.9 | Debt | 111-115 | Debt balances, performance bond amounts, letter of credit amounts, and LOC Issuer amounts. |
| 3.12.6 | Information Security & Privacy | 123 | Information regarding potential HIPPA violations at a Florida healthcare facility. |
| 3.19 | Customers and Suppliers | 143-144 | Revenue generated and expenses related to customers and suppliers. |
| 3.21 | Litigation; Government Orders | 146-147 | Information relating to potential loss of each category and names of individuals with Workers Compensation Claims relating to GEO Care, LLC. |
| 3.22 | Insurance | 148-158 | Premium amounts and information related to limits, deductible and retention information in charts, sum insured, and limits of liability. |
| 4.1.2 | Operation of Business | 159 | Amount of tax distributions to LLC members, amount of expenses for Audax and Frazier, |

---

[1] This bates range is based on the documents provided to Judge Cornelius on July 18, 2017, for *in camera* review labeled "Unredacted 2014 Securities Exchange Agreement Schedules 0001-0345.

|  |  |  |  |
|---|---|---|---|
|  |  |  | and Monitoring fees. |
|  | CHCC Schedules |  |  |
| 3.2 | Subsidiaries | 166-167 | Numbers/units of shares for each entity. |
| 3.5 | Capitalization | 169-172 | The amounts identified under the "Number of Units" column and "Outstanding" column on pp. 171-172. |
| 3.6.1 | Financial Statements | 173-251 | Dollar amount information in the balance sheets and summaries of the financial statements. Dollar amounts related to Correctional Healthcare Holding Company, Inc. in balance sheets. |
| 3.7 | Absence of Undisclosed Liabilities | 252-254 | Information in the chart on pp. 253-254 under the Number of Shares column, Number of Shares Vested column, and Number of Shares Outstanding column.<br>The amounts in the "Total Severance Obligation" column and "Balance Remaining as of June 10, 2014" column. |
| 3.8 | Absence of Certain Developments | 255-257 | The amounts and information in the "Settlement Amounts" column under No. 7 on pp. 256-257. |
| 3.9 | Debt | 258-265 | The amount in the "Principal Amount as of May 31, 2014" column of the chart under No. 1 on p. 258.<br>The amounts in the "Total Severance Obligation" column and "Balance Remaining as of May 23, 2014" column under No. 9 at p. 260.<br>Surety bonds monetary amount at p. 259.<br>The information under each state on the Surety Report (by State/ Obligee) pp. 261-265. |
| 3.14 | Tax Matters | 281-282 | Information contained in No. 2 related to PNA, information contained in No. 3 related to contracts with Colorado.<br>Monetary amount regarding net operating losses for nonparties at p. 281. |
| 3.15.10 | Severance | 287 | The amounts in the "Total Severance Obligation" column and "Balance Remaining as of May 23, 2014" column. |
| 3.19 | Customers and Suppliers | 296-297 | Information regarding the revenue and amount spent for customers and suppliers. |
| 3.21 | Litigation | 300-336 | The amount of potential workers compensation claims on p. 300.<br>The information and amounts in the Claim Number" column, "Indemnity Reserve" |

| | | | column, "Expense Reserve" column, "Indemnity Paid" column, "Expense Paid" column and "Total Incurred" column on pp. 301-330.<br>The information above the charts on pp. 331-336 regarding the amount of the active claims in 2011-2014. |
|---|---|---|---|
| 3.22 | Insurance | 337-339 | The amounts in the Premium, SIR, Deductible and limits columns on pp. 338-339. |
| 4.1.2 | Operation of Business | 340-341 | Information regarding the anticipated contract with GEO Group on the chart at (b)(iii)(1.) regarding the amounts under the "Base Salary" column on p. 340-341.<br>The amount owed by PNA from the escrow account under (d)(1). |