# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINA KAY RAY**, *et al.*,   Plaintiffs, | ) ) ) |
| v. | ) ) Case No.: 2:12-02819-RDP ) |
| **JUDICIAL CORRECTION SERVICES, INC.**, *et al.*,   Defendants. | ) ) ) ) |

## JOINT REPORT ON DISCOVERY AND REQUEST FOR BRIEFING SCHEDULE

COME NOW Defendants CHC Companies, Inc. and Correct Care Solutions, LLC and report[1] pursuant to this Court's Order of July 25, 2017 (Doc. 616) that all available discovery was produced to Plaintiffs on or before August 21, 2017. Defendants request pursuant to the order that the Court enter the following

---

[1] Plaintiffs chose not to contribute to this report and instead took the position that these defendants failed to produce records as ordered by Judge Cornelius on July 17, 2017; those were produced on July 18, 2017. On July 25, 2017, these defendants produced a copy of the Certificate of Merger and Amended and Restated Certificate of Merger filed with the State of Delaware. Additionally, these defendants produced the schedules referred to in Judge Cornelius's Order (Doc. 613) on August 8, 2017, and Schedule 2.8 on August 21, 2017. On August 21, 2017, these defendants wrote to Plaintiffs' counsel regarding this Court's Order and received no response. Exhibit A. On August 30, 2017, these defendants sent a draft joint report to Plaintiffs per this Court's Order and received no response. Exhibit B. On September 6, 2017, CHC Cos. and CCS, LLC again asked for Plaintiffs' comments. Exhibit C. On September 13, 2017, Plaintiffs responded that discovery was not complete and demanded these defendants produce documents that were previously produced. Exhibit D. These defendants responded stating all discovery was produced or does not exist and requested Plaintiffs' participation in this joint report, but received no reply. Exhibit E, enclosures omitted.

proposed schedule for supplemental briefing on CHC Cos.'s and CCS, LLC's motions for summary judgment:

1. CHC Cos. and CCS, LLC shall re-file their original dispositive motions, briefs, and exhibits within five (5) days of the Court order approving the proposed schedule in this joint report.

2. Plaintiffs shall re-file their original responsive briefs and a separate supplemental brief **only** addressing the recently produced documents within eleven (11) days after CCS, LLC and CHC Cos. re-file their original briefs. The supplemental briefs must not exceed fifteen (15) pages.

3. CCS, LLC and CHC Cos. shall re-file their reply briefs and separate supplemental briefs only addressing Plaintiffs' supplemental briefs within eleven (11) days after Plaintiffs file their responsive brief and supplemental brief. The supplemental brief must not exceed fifteen (15) pages.

Dated: September 18, 2017         RESPECTFULLY SUBMITTED,

*/s/ F. Lane Finch, Jr.*
F. Lane Finch Jr.
ASB-0027-I58F
Brian C. Richardson
ASB-5241-H14U
*Attorneys for CHC Companies, Inc.*
*and Correct Care Solutions, LLC*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2404
F: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following attorneys of record:

G. Daniel Evans
gdevans@evanslawpc.com
Alexandria Parrish
ap@evanslawpc.com
Maurine C. Evans
mevans@evanslawpc.com

Robert L. Wiggins
rwiggins@wigginschilds.com
*Attorneys for Plaintiffs*

Larry S. Logsdon
llogsdon@wallacejordan.com
Michael L. Jackson
mjackson@wallacejordan.com
Wesley K. Winborn
wwinborn@wallacejordan.com

Wilson F. Green
wgreen@fleenorgreen.com
*Attorneys for Judicial Correction Services, Inc. and Correctional Healthcare Companies, Inc.*

Will H. Tankersley
wht@balch.com
Chase T. Espy
cespy@balch.com
Edgar R. Haden
ehaden@balch.com
Ginny W. Leavens
gwillcox@balch.com
Gregory C. Cook
gcook@balch.com
L. Conrad Anderson, IV
canderson@balch.com

Timothy P. Donahue
timdonahue@donahue-associates.com
*Attorneys for City of Childersburg*

 

                                       */s/ F. Lane Finch, Jr.*
                                       OF COUNSEL