FILED
2017 Sep-18 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B



F. Lane Finch, Jr.
2 North 20th St., Suite 1405
Birmingham, AL 35203
d: 205-314-2403 | f: 205-244-1373
lane.finch@swiftcurrie.com

August 30, 2017

**Via Email:**
G. Daniel Evans
The Evans Law Firm, PC
gdevans@evanslawpc.com

    RE:    *Gina Kay Ray, et al. v. Judicial Correction Services, Inc. et al.*
            U.S.D.C. N.D. Ala. Case No. 2:12-cv-02819-RDP

Dear Danny:

    We drafted a proposed Joint Report to Judge Proctor pursuant to his July 25, 2017 Order, which is attached. If this is acceptable, please let us know so we can file this as soon as possible. I understand you will be unavailable starting on or around September 20, 2017, and tried to accommodate that in this schedule.

                                                   Sincerely,
                                                   SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                                   *Lane /lff*

                                                   F. Lane Finch, Jr.
                                                   Partner

FLF/akm
Enclosure
cc:      All Counsel of Record

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GINA KAY RAY,** *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **JUDICIAL CORRECTION SERVICES, INC.,** *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No.: 2:12-02819-RDP <br> ) <br> ) <br> ) <br> ) |

## **JOINT REPORT**

COME NOW Plaintiffs, Correct Care Solutions, LLC, and CHC Companies, Inc. in the above-referenced case and, pursuant to this Court's Order of July 25, 2017 (Doc. 616), the discovery dispute is resolved and these parties file this joint report setting forth the proposed schedule for supplemental briefing on CHC Cos.'s and CCS, LLC's motions for summary judgment.

1. CCS, LLC and CHC Cos. shall re-file their original dispositive motions, briefs, and exhibits within five (5) days of a Court order approving the proposed schedule in this joint report.

2. Plaintiffs shall re-file their original responsive briefs and a separate supplemental brief only addressing the recently produced documents within eleven (11) days after CCS, LLC and CHC Cos. re-file their original briefs. The supplemental briefs must not exceed fifteen (15) pages.

1

3.      CCS, LLC and CHC Cos. shall re-file their reply briefs and separate supplemental briefs only addressing Plaintiffs' supplemental briefs within eleven (11) days after Plaintiffs file their responsive brief and supplemental brief. The supplemental brief must not exceed fifteen (15) pages.

Dated: August ___, 2017                    RESPECTFULLY SUBMITTED,

_____
G. Daniel Evans
ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
D. Patrick Evans
ASB-3209-R67G
Maurine Evans
ASB-4168-P16T
*Attorneys for the Plaintiffs*

The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
T: (205) 870-1970
F: (205) 870-7763
gdevans@evanslawpc.com
ap@evanslawpc.com
dpevans@evanslawpc.com
mevans@evanslawpc.com

*/s/ F. Lane Finch, Jr.*
F. Lane Finch Jr.
ASB-0027-I58F
Brian C. Richardson
ASB-5241-H14U
*Attorneys for CHC Companies, Inc. and Correct Care Solutions, LLC*

2

Swift Currie McGhee & Hiers, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2404
F: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on August ___, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following attorneys of record:

Larry S. Logsdon
llogsdon@wallacejordan.com
Michael L. Jackson
mjackson@wallacejordan.com
Wesley K. Winborn
wwinborn@wallacejordan.com

Wilson F. Green
wgreen@fleenorgreen.com
**Attorneys for Judicial Correction Services, Inc. and Correctional Healthcare Companies, Inc.**

Will H. Tankersley
wht@balch.com
Chase T. Espy
cespy@balch.com
Edgar R. Haden
ehaden@balch.com
Ginny W. Leavens
gwillcox@balch.com
Gregory C. Cook
gcook@balch.com
L. Conrad Anderson, IV
canderson@balch.com

Timothy P. Donahue
timdonahue@donahue-associates.com
**Attorneys for City of Childersburg**

_F. Lane Finch, Jr._
OF COUNSEL

4