# EXHIBIT 5



...the right people
...doing the right things
...doing those things right

800-592-2974

**OUR STORY**   **OUR CULTURE**   **OUR PATIENTS**   **OUR OUTREACH**   **OUR TEAM**   **CAREERS**   **CONTACT US**

## NEWS

All news

## Correct Care Solutions Welcomes Correctional Healthcare Companies to Our Family

by
| Jun 13, 2014

An open letter to the employees of CCS:

Dear CCS Team Member,

I am pleased to announce today that CCS has signed a purchase agreement to initiate a transaction that will merge its operations with Correctional Healthcare Companies (CHC), a national provider of correctional healthcare solutions. CHC employs over 2,500 healthcare professionals across twenty-seven states and has provided inmate healthcare services since 1992.

Because of your continued commitment to delivering high quality healthcare services, CCS has become a leading provider of public healthcare services throughout the United States. Following this important merger and with the recent acquisition of GEO Care earlier this year, our combined company will employ more than 10,000 dedicated professionals in over thirty-nine states and Australia offering public healthcare in correctional, residential and transitional settings. This transaction is expected to close in mid-July and will better position our company to meet the diverse health service needs of our various governmental partners.

Following the closing, the CCS Home Office will remain in Nashville and the majority of CHC's corporate functions located in its Denver, Colorado headquarters will be consolidated into our current operations or relocated to Nashville, Tennessee. CCS will maintain a small regional office in Colorado to support our clients in that region of the United States. Our company will continue to operate under the same legal corporate name, CCS, with the same leadership and management team and equal commitment to developing and implementing industry leading practices.

Over the course of the next few weeks, expect to learn more news about this transaction and the exciting opportunities it will create throughout the organization. In the meantime, please join me in welcoming all of the CHC employees to our family.

Thank you for your continued commitment to providing high-quality healthcare services to our patients. I firmly believe that CCS would not be where it is today without your ongoing commitment to excellence!

Best Regards,
Jerry Boyle
Chairman & Chief Executive Officer
Correct Care Solutions, LLC



PLAINTIFF'S
EXHIBIT

318

5252

 

July 23, 2014

Ms. Lucy Sheftall
Muscogee County Prison
100 Tenth Street
PO Box 1340
Colombus, GA 31901

Dear Ms. Sheftall:

Today, Correctional Healthcare Companies (CHC) has formally merged with Correct Care Solutions, LLC (CCS). Since its inception, CCS has developed a reputation for providing the highest quality healthcare services available in a correctional setting. We are known for our relentless focus on our Patients, our People, our Partners and on our Processes. We are a healthcare company that has knowledge, technology and experience second to none in the correctional arena. I believe that by combining with CHC we will further enhance our ability to deliver superior services to our clients and patients.

We will maintain the legal names of both companies to allow for a smooth transition with our clients, vendors and stakeholders. We do not intend to change names in the foreseeable future as CHC will operate as a division of CCS. However, we will immediately begin referring to ourselves and doing business as Correct Care Solutions.

You will continue to work with the same site personnel, both operational and clinical. There may be some changes at the regional level to increase support, improve operational efficiencies and foster enhanced oversight and management. The facility staff will receive the benefit of being supported by some of the best practitioners and systems in the industry. Of course, current contracts, pricing and services will also remain unchanged.

While we will maintain a regional office in Denver, many support services will be provided from our Nashville home office. Over time, in cooperation with our clients, policies and procedures will be integrated to ensure that best practices of the industry are in place.

As we work to integrate the two companies, we will keep you updated. I am committed to bringing the best of CHC and CCS's capabilities into our combined company. In the coming days, your regional manager will be contacting you to discuss any questions or concerns you may have. If you have any immediate questions, please feel free to contact your regional manager or me directly.

Thank you again for your business and the responsibility you have entrusted in us. I look forward to a continued, successful partnership.

Sincerely,

Jorge Dominicis
President

**PLAINTIFF'S EXHIBIT**

319