EXHIBIT 12

**From:** Dirk Allison
**To:** Don Houston
**Subject:** Re: Jorge
**Date:** Thursday, May 15, 2014 09:05:34 AM

I understand Don. I agree with your thinking. It might make sense for you to talk to Jerry (or Jorge if you feel he is the one) about your concerns. If you would rather, I can speak to Jerry for you.

Either way you go, I suggest you make sure they understand that you want up to a year to decide to stay or go. If you stay, fine. If you go, they should agree to pay your severance even if you resign.

Dirk

Dirk Allison
President and Chief Executive Office
CHC | Correctional Healthcare Companies
405 State Highway 121 Suite 250
Lewisville, TX 75067
Phone: 469.444.3790
Mobile: 214.701.0709

**PLAINTIFF'S EXHIBIT 324**

On May 15, 2014, at 4:00 PM, "Don Houston" <Don.Houston@correctioncare.com> wrote:

> Thank you Dirk. I am struggling a little with the role they want me to play. What they want me to do makes sense but is definitely a step back. They want to create a private division, add JCS and Phoenix and have me run that division. I am not saying I would not do that but it is not the next step I wanted in my career. Now if they would put all of the prisons in the division (their 4 state operations) that might excite me.
>
> **Don Houston**
> Chief Operating Officer
>
> **CHC | Correctional Healthcare Companies**
> 6200 S. Syracuse Way, Suite 440 Greenwood Village, CO 80111
> Phone: Direct: 720.622.8040| Toll Free: 866.246.5245| Cell: 303.902.3110 | Fax: 303.706.9068

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, may contain protected health information, or may constitute non-public information. It is intended to be conveyed only to the designated recipients named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**From:** Dirk Allison
**Sent:** Thursday, May 15, 2014 7:45 AM
**To:** Don Houston
**Subject:** Re: Jorge

This is just to you. Are you thinking you don't want to work for CCS?

Dirk

Dirk Allison
President and Chief Executive Office
CHC | Correctional Healthcare Companies
405 State Highway 121 Suite 250
Lewisville, TX 75067
Phone: 469.444.3790
Mobile:214.701.0709

On May 15, 2014, at 3:39 PM, "Don Houston" <Don.Houston@correctioncare.com> wrote:

> I spoke with Jorge this morning and he was not pleased that I am not coming to Nashville tomorrow. He wanted to have the work done at a high level before we the Denver meeting. He also wanted to show Patrick and others how much knowledge I bring and how much he respects me (I think he is dealing with a little internal politics). Now he wants me to send the color coded map of our locations and they will work on the field organization plan without me and will bring it with them next week.
>
> **Don Houston**
> Chief Operating Officer
>
> **CHC | Correctional Healthcare Companies**
> 6200 S. Syracuse Way, Suite 440 Greenwood Village, CO 80111
> Phone: Direct: 720.622.8040| Toll Free: 866.246.5245| Cell: 303.902.3110 | Fax: 303.706.9068

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, may contain protected health information, or may constitute non-public information. It is intended to be conveyed only to the designated recipients named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CHC CCS 000482