FILED

2018 Feb-13  PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## ARTICLE VIII

The management of the business and the conduct of the affairs of the Corporation shall be vested in its Board of Directors, subject to <u>Article V</u>, <u>Section 5(d)</u>.  Except as otherwise set forth herein, the number of directors which constitute the Board of Directors of the Corporation shall be designated in the Bylaws of the Corporation.

## ARTICLE IX

In furtherance and not in limitation of the powers conferred by statute, the Board of Directors of the Corporation is expressly authorized to make, alter, amend or repeal the Bylaws of the Corporation.

## ARTICLE X

1.     To the fullest extent permitted by the DGCL as the same exists or as may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for a breach of fiduciary duty as a director.

2.     The Corporation may indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that he, his testator or intestate is or was a director, officer or employee of the Corporation or any predecessor of the Corporation or serves or served at any other enterprise as a director, officer or employee at the request of the Corporation or any predecessor to the Corporation.

3.     Neither any amendment nor repeal of this <u>ARTICLE X</u>, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this <u>ARTICLE X</u>, shall eliminate or reduce the effect of this <u>ARTICLE X</u>, in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this <u>ARTICLE X</u>, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

4.     In the event that a member of the Board of Directors of the Corporation who is also a partner or employee of an entity that is a holder of Preferred Stock and that is in the business of investing and reinvesting in other entities, or an employee of an entity that manages such an entity (each, a "<u>Fund</u>") acquires knowledge of a potential transaction or other matter in such individual's capacity as a partner or employee of the Fund or the manager or general partner of the Fund (and other than directly in connection with such individual's service as a member of the Board of Directors of the Corporation) and that may be an opportunity of interest for both the Corporation and such Fund (a "<u>Corporate Opportunity</u>"), then the Corporation (i) renounces any expectancy that such director or Fund offer an opportunity to participate in such Corporate Opportunity to the Corporation, and (ii) to the fullest extent permitted by law, waives any claim that such opportunity constituted a Corporate Opportunity that should have been presented by such director or Fund to the Corporation or any of its affiliates.

## ARTICLE XI

Meetings of stockholders may be held within or without the State of Delaware, as the Bylaws may provide. The books of the Corporation may be kept (subject to any provision contained in the statutes) outside of the State of Delaware at such place or places as may be designated from time to time by the Board of Directors or in the Bylaws of the Corporation.

*[The remainder of this page is intentionally left blank.]*

IN WITNESS WHEREOF, Correctional Healthcare Companies, Inc. has caused this Amended and Restated Certificate of Incorporation to be signed by its Chief Executive Officer this 8th day of June, 2010.

CORRECTIONAL HEALTHCARE COMPANIES, INC.

By: _____/s/ Douglas D. Goetz_____
Douglas D. Goetz, Chief Executive Officer

[SIGNATURE PAGE TO SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION]

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:17 PM 12/17/2010*
*FILED 03:15 PM 12/17/2010*
*SRV 101205344 - 4181381 FILE*

# FIRST CERTIFICATE OF AMENDMENT TO

## SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION OF

## CORRECTIONAL HEALTHCARE COMPANIES, INC.

Correctional Healthcare Companies, Inc., a corporation organized and existing under the provisions of the General Corporation Law of the State of Delaware, does hereby certify that:

**ONE:**     The name of the corporation is Correctional Healthcare Companies, Inc. (the "Corporation"), the date of filing of the original Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was June 26, 2006, the date of the filing of the Amended and Restated Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was March 26, 2007, and the date of filing of the Second Amended and Restated Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was June 8, 2010.

**TWO:**     Paragraph 1 of Article IV of the Certificate of Incorporation of the Corporation is hereby amended and restated to read as follows:

"1.     The total number of shares of stock that the Corporation shall have authority to issue is 55,260,000, consisting of 35,580,000 shares of Common Stock, $0.001 par value per share, and 19,680,000 shares of Preferred Stock, $0.001 par value per share. The first Series of Preferred Stock shall be designated *"Series A Preferred Stock"* and shall consist of 16,000,000 shares. The second Series of Preferred Stock shall be designated *"Series A-1 Preferred Stock"* and shall consist of 3,680,000 shares.

**THREE:**     The foregoing amendment has been duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

*[Remainder of this page is intentionally left blank.]*

IN WITNESS WHEREOF, Correctional Healthcare Companies, Inc. has caused this First Certificate of Amendment to be signed by its Chief Executive Officer this 17th day of December, 2010.

CORRECTIONAL HEALTHCARE COMPANIES, INC.

By:     /s/ Douglas D. Goetz
        Douglas D. Goetz, Chief Executive Officer

[SIGNATURE PAGE TO FIRST CERTIFICATE OF AMENDMENT TO
SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION]

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:30 PM 07/11/2011*
*FILED 04:30 PM 07/11/2011*
*SRV 110809090 - 4181381 FILE*

## SECOND CERTIFICATE OF AMENDMENT TO
## SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

### OF

### CORRECTIONAL HEALTHCARE COMPANIES, INC.

Correctional Healthcare Companies, Inc., a corporation organized and existing under the provisions of the General Corporation Law of the State of Delaware, does hereby certify that:

**ONE:** The name of the corporation is Correctional Healthcare Companies, Inc. (the "Corporation"). The date of filing of the original Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was June 26, 2006. The date of the filing of the Amended and Restated Certificate of Incorporation was March 26, 2007 and the filing of the Second Amended and Restated Certificate of Incorporation was June 8, 2010. The First Amendment to the Second Amended and Restated Certificate of Incorporation was filed December 17, 2010.

**TWO:** Article I of the Certificate of Incorporation is hereby amended and restated, in its entirety, as follows:

### "ARTICLE I

The name of the corporation is CHC Companies, Inc. (the "Corporation")."

**THREE:** The foregoing amendment has been duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF,** the Corporation has caused this Second Certificate of Amendment to be signed by its Chief Executive Officer this 11th day of July, 2011.

CORRECTIONAL HEALTHCARE COMPANIES, INC.

By:   /s/ Douglas D. Goetz
       Douglas D. Goetz,
       Chief Executive Officer

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:46 AM 09/30/2011
FILED 08:35 AM 09/30/2011
SRV 111057288 - 4181381 FILE

## CERTIFICATE OF OWNERSHIP
### MERGING
### CHC HEALTHCARE, INC.
### INTO
### CHC COMPANIES, INC.

Pursuant to Section 253 of the General Corporation Law of the State of Delaware:

CHC Companies, Inc., a corporation incorporated on June 26, 2006, pursuant to the provisions of the General Corporation Law of the State of Delaware, does hereby certify that, as of September 30, 2011:

This corporation owns all of the capital stock of CHC Healthcare, Inc., a corporation incorporated on December 16, 2010, pursuant to the provisions of the General Corporation Law of the State of Delaware and that this corporation, by a resolution of the Board of Directors duly adopted by written consent, determined to and did merge into itself said CHC Healthcare, Inc., which resolution is in the following words to wit:

WHEREAS, this corporation lawfully owns all of the capital stock of CHC Healthcare, Inc., a corporation incorporated on December 16, 2010, pursuant to the provisions of the General Corporation Law of the State of Delaware; and

WHEREAS, this corporation desires to merge into itself the said CHC Healthcare, Inc., and to be possessed of all the estate, property, rights, privileges, and franchises of said corporation.

NOW, THEREFORE, BE IT RESOLVED, that this corporation merge into itself said CHC Healthcare, Inc. and assumes all of its obligations;

FURTHER RESOLVED, that an authorized officer of this corporation be, and he is hereby directed, to make and execute a certificate of ownership setting forth a copy of the resolution to merge said CHC Healthcare, Inc. and assume its liabilities and obligations, and the date of adoption thereof, and to file the same in the office of the Secretary of State of Delaware;

FURTHER RESOLVED, that the officers of this corporation be and they hereby are authorized and directed to do all acts and things whatsoever, whether within or outside the State of Delaware, which may be in any way necessary or proper to effect such merger;

FURTHER RESOLVED, that the terms and conditions of the merger are as set forth in the Agreement and Plan of Merger, of even date herewith, adopted by the Board of Directors of this corporation;

FURTHER RESOLVED, that the merger shall become effective as of the date and time of filing this certificate with the Secretary of State of Delaware.

IN WITNESS WHEREOF, said parent corporation has caused this Certificate to be signed by an authorized officer as of the date first above written.

CHC COMPANIES, INC.

By: _____
Name: _____
Title: _____

```
         Alabama
      Sec. Of State

New Entity
048-676        F/C
Date  10/18/2012
Time      17:00
121023     52 Pg

File     $150.00
Ackn       $.00
Exp      $100.00
         --------
Total    $250.00
02/013
```

EXHIBIT 3

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:30 PM 07/11/2011
FILED 04:30 PM 07/11/2011
SRV 110809090 - 4181381 FILE

## SECOND CERTIFICATE OF AMENDMENT TO
## SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

### OF

### CORRECTIONAL HEALTHCARE COMPANIES, INC.

Correctional Healthcare Companies, Inc., a corporation organized and existing under the provisions of the General Corporation Law of the State of Delaware, does hereby certify that:

**ONE:** The name of the corporation is Correctional Healthcare Companies, Inc. (the "Corporation"). The date of filing of the original Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was June 26, 2006. The date of the filing of the Amended and Restated Certificate of Incorporation was March 26, 2007 and the filing of the Second Amended and Restated Certificate of Incorporation was June 8, 2010. The First Amendment to the Second Amended and Restated Certificate of Incorporation was filed December 17, 2010.

**TWO:** Article I of the Certificate of Incorporation is hereby amended and restated, in its entirety, as follows:

### "ARTICLE I

The name of the corporation is CHC Companies, Inc. (the "Corporation")."

**THREE:** The foregoing amendment has been duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF,** the Corporation has caused this Second Certificate of Amendment to be signed by its Chief Executive Officer this 11ᵗʰ day of July, 2011.

CORRECTIONAL HEALTHCARE COMPANIES, INC.

By: /s/ Douglas D. Goetz
Douglas D. Goetz,
Chief Executive Officer

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:30 PM 07/11/2011*
*FILED 04:30 PM 07/11/2011*
*SRV 110809107 - 4782287 FILE*

## FIRST CERTIFICATE OF AMENDMENT TO
## CERTIFICATE OF INCORPORATION

### OF

### CHC COMPANIES, LTD.

CHC Companies, Ltd., a corporation organized and existing under the provisions of the General Corporation Law of the State of Delaware, does hereby certify that:

**ONE:** The name of the corporation is CHC Companies, Ltd. (the "Corporation"). The date of filing of the original Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was January 28, 2010.

**TWO:** Article I of the Certificate of Incorporation is hereby amended and restated, in its entirety, as follows:

### "ARTICLE I

The name of the corporation is Correctional Healthcare Companies, Inc. (the "Corporation")."

**THREE:** The foregoing amendment has been duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF,** the Corporation has caused this First Certificate of Amendment to be signed by its Chief Executive Officer this _11th_ day of July, 2011.

CHC COMPANIES, LTD.


By:_____ /s/ Douglas D. Goetz_____
     Douglas D. Goetz,
     Chief Executive Officer

**Ray v. JCS 026165**

EXHIBIT 4

# CERTIFICATE OF INCORPORATION
# OF
# CHC COMPANIES, LTD.

The undersigned incorporator, in order to form a corporate entity under the General Corporation Law of the State of Delaware (the "General Corporation Law"), hereby sets forth the following Certificate of Incorporation:

## ARTICLE I
## NAME

The name of the corporation is CHC Companies, Ltd. (the "Corporation").

## ARTICLE II
## REGISTERED AGENT

The address of the Corporation's registered office in the State of Delaware is 1209 Orange Street, Wilmington, New Castle County, Delaware 19801. The name of the Corporation's registered agent at that address is The Corporation Trust Company.

## ARTICLE III
## PURPOSE

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law.

## ARTICLE IV
## CAPITAL STOCK

The total number of shares of stock that the Corporation has the authority to issue is five thousand (5,000), all of which shall be designated Common Stock, par value $0.001 per share.

## ARTICLE V
## INCORPORATOR

The name and mailing address of the sole incorporator of the Corporation are Nathaniel G. Ford, Esq., Faegre & Benson LLP, 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, Colorado, 80203-4532.

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:13 PM 01/28/2010
FILED 11:51 AM 01/28/2010
SRV 100082397 - 4782287 FILE

## ARTICLE VI
## BYLAWS

Subject to any additional vote required by this Certificate of Incorporation, in furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized to make, repeal, alter, amend and rescind any or all of the Bylaws of the Corporation.

## ARTICLE VII
## ELECTION OF DIRECTORS

Elections of directors need not be by written ballot unless the Bylaws of the Corporation shall so provide.

## ARTICLE VIII
## LIMITATION ON DIRECTOR LIABILITY

To the fullest extent permitted by law, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.  If the General Corporation Law or any other law of the State of Delaware is amended after approval by the stockholders of this Article VIII to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of the Corporation shall be eliminated or limited to the fullest extent permitted by the General Corporation Law or any other law of the State of Delaware as so amended.

Any amendment, repeal or modification of the foregoing provisions of this Article VIII by the stockholders of the Corporation shall not adversely affect any right or protection of a director of the Corporation existing at the time of, or increase the liability of any director of the Corporation with respect to any acts or omissions of such director occurring prior to, such repeal or modification.

## ARTICLE IX
## INDEMNIFICATION

To the fullest extent permitted by applicable law, the Corporation is authorized to provide indemnification of (and advancement of expenses to) directors, officers and agents of the Corporation (and any other persons to which the General Corporation Law permits the Corporation to provide indemnification) through Bylaw provisions, agreements with such agents or other persons, vote of stockholders or disinterested directors or otherwise, in excess of the indemnification and advancement otherwise permitted by Section 145 of the General Corporation Law.

Any amendment, repeal or modification of the foregoing provisions of this Article IX shall not adversely affect any right or protection of any director, officer or other agent of the Corporation existing at the time of, or increase the liability of any director, officer or other agent

of the Corporation with respect to any acts or omissions of such director, officer or other agent occurring prior to, such amendment, repeal or modification.

## ARTICLE X
## AMENDMENT OF CERTIFICATE OF INCORPORATION

Subject to any additional vote required by this Certificate of Incorporation, the Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholders herein are granted subject to this reservation.

*[The remainder of this page is intentionally left blank.]*

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Incorporation on the 28th day of January, 2010.

By: ___/s/ Nathaniel G. Ford_____
Nathaniel G. Ford, Sole Incorporator

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:30 PM 07/11/2011*
*FILED 04:30 PM 07/11/2011*
*SRV 110809107 – 4782287 FILE*

# FIRST CERTIFICATE OF AMENDMENT TO
# CERTIFICATE OF INCORPORATION

## OF

## CHC COMPANIES, LTD.

CHC Companies, Ltd., a corporation organized and existing under the provisions of the General Corporation Law of the State of Delaware, does hereby certify that:

**ONE:** The name of the corporation is CHC Companies, Ltd. (the "Corporation"). The date of filing of the original Certificate of Incorporation of the Corporation with the Secretary of State of the State of Delaware was January 28, 2010.

**TWO:** Article I of the Certificate of Incorporation is hereby amended and restated, in its entirety, as follows:

### "ARTICLE I

The name of the corporation is Correctional Healthcare Companies, Inc. (the "Corporation")."

**THREE:** The foregoing amendment has been duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF,** the Corporation has caused this First Certificate of Amendment to be signed by its Chief Executive Officer this 11th day of July, 2011.

CHC COMPANIES, LTD.

By: /s/ Douglas D. Goetz
       Douglas D. Goetz,
       Chief Executive Officer

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:30 PM 12/22/2011*
*FILED 03:18 PM 12/22/2011*
*SRV 111329315 - 4782287 FILE*

## CERTIFICATE OF MERGER

Pursuant to Section 252 of the General Corporation Law of the State of Delaware, the undersigned corporation hereby certifies as follows:

**FIRST:** The name of the surviving corporation is Correctional Healthcare Companies, Inc. (f/k/a CHC Companies, Ltd.), a Delaware corporation, and the names of the entities being merged with and into the surviving corporation are:

Correctional Healthcare Management of Oklahoma, Inc., a Colorado corporation

Correctional Healthcare Management, Inc., a Colorado corporation

Health Professionals, Ltd., an Illinois corporation

SecureCare, Inc., a Michigan corporation

Justice Services Holdings LLC, a Delaware limited liability company

Hase & Associates, Inc., a California corporation

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified and executed and acknowledged by the surviving corporation and each of the non-surviving entities.

**THIRD:** The Certificate of Incorporation, as amended, of the surviving corporation shall be its Certificate of Incorporation.

**FOURTH:** The authorized stock and par value or other equity interests of the non-surviving entities which are not Delaware corporations is as follows:

Correctional Healthcare Management of Oklahoma, Inc., a Colorado corporation
1,000 shares of common stock, $.001 par value per share

Correctional Healthcare Management, Inc., a Colorado corporation
100,000 shares of common stock, $.001 par value per share

Health Professionals, Ltd., an Illinois corporation
1,000 shares of common stock, no par value per share

SecureCare, Inc., a Michigan corporation
1,000,000 shares of common stock, no par value per share

Justice Services Holdings, LLC, a Delaware limited liability company
100% of the membership interest in the company

Hase & Associates, Inc., a California corporation
10,000 shares of capital stock, no par value per share

**FIFTH:** The merger is to become effective on December 31, 2011.

**SIXTH:** The Agreement and Plan of Merger are on file at 6200 South Syracuse Way, Suite 440, Greenwood Village, Colorado 80111, the principal office of the surviving corporation.

**SEVENTH:** A copy of the Agreement and Plan of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder or membership interest holder of the non-surviving entities.

09013-0001/LEGAL20591482.3

IN WITNESS WHEREOF, the surviving corporation has caused this Certificate of Merger to be signed by an authorized officer this 22nd day of December, 2011.

/s/ Douglas D. Goetz
Douglas D. Goetz, Chief Executive Officer

[SIGNATURE PAGE TO CERTIFICATE OF MERGER]

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:55 PM 01/03/2013*
*FILED 01:53 PM 01/03/2013*
*SRV 130009517 – 4782287 FILE*

## CERTIFICATE OF CORRECTION

CORRECTIONAL HEALTHCARE COMPANIES, INC., a Delaware corporation, does hereby certify:

1.  The name of the corporation is: Correctional Healthcare Companies, Inc.

2.  That a Certificate of Merger was filed with the Delaware Secretary of State on December 22, 2011, with an effective date of December 31, 2011 (the "Certificate of Merger"), and that said Certificate of Merger requires correction as permitted by Section 103 of the General Corporation Law of the State of Delaware.

3.  The inaccuracy in said Certificate of Merger is as follows: Articles FIRST and FOURTH refer to one of the non-surviving entities in the merger as "Hase & Associates, Inc., a California corporation". The name of such non-surviving entity should have been stated as "Hase & Associates Systems, Inc., a California corporation".

4.  Article FIRST of the Certificate of Merger is corrected to read as follows:

> **FIRST:** The name of the surviving corporation is Correctional Healthcare Companies, Inc. (f/k/a CHC Companies, Ltd.), a Delaware corporation, and the names of the entities being merged with and into the surviving corporation are:
>
>> Correctional Healthcare Management of Oklahoma, Inc., a Colorado corporation
>>
>> Correctional Healthcare Management, Inc., a Colorado corporation
>>
>> Health Professionals, Ltd., an Illinois corporation
>>
>> SecureCare, Inc., a Michigan corporation
>>
>> Justice Services Holdings, LLC, a Delaware limited liability company
>>
>> Hase & Associates Systems, Inc., a California corporation

5.  Article FOURTH of the Certificate of Merger is corrected to read as follows:

> **FOURTH:** The authorized stock and par value or other equity interests of the non-surviving entities which are not Delaware corporations are as follows:
>
>> Correctional Healthcare Management of Oklahoma, Inc., a Colorado corporation
>> 1,000 shares of common stock, $.001 par value per share
>>
>> Correctional Healthcare Management, Inc., a Colorado corporation
>> 100,000 shares of common stock, $.001 par value per share

Health Professionals, Ltd., an Illinois corporation
1,000 shares of common stock, no par value per share

SecureCare, Inc., a Michigan corporation
1,000,000 shares of common stock, no par value per share

Justice Services Holdings, LLC, a Delaware limited liability
company
100% of the membership interest in the company

Hase & Associates Systems, Inc., a California corporation
10,000 shares of capital stock, no par value per share

IN WITNESS WHEREOF, the corporation has executed this Certificate of Correction the 3rd day of January, 2013.

CORRECTIONAL HEALTHCARE COMPANIES, INC.

By:_____ /s/ Shelton Frey_____
            Shelton Frey, Secretary



Colorado Secretary of State
Date and Time: 07/08/2015 12:05 PM
ID Number: 20061265401

Document number: 20151444662
Amount Paid: $60.00

**EXHIBIT 5**

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20061265401

Entity name: CHC Companies, Inc.

Jurisdiction under the law of which the entity was formed or registered: Delaware

1. Principal office street address: 1283 Murfreesboro Rd. Ste 500

   Ste 500
   *(Street name and number)*

   Nashville                    TN    37217
   *(City)*        *(State)*        *(Postal/Zip Code)*
                   United States
   *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
   _____
   *(Street name and number or Post Office Box information)*

   _____  _____  _____
   *(City)*        *(State)*    *(Postal/Zip Code)*

   _____       _____
   *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name:  (if an individual) _____
                           *(Last)*        *(First)*        *(Middle)*    *(Suffix)*

   or   (if a business organization) Corporate Creations Network Inc.

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 3773 Cherry Creek North Drive #575
                                     *(Street name and number)*

   Denver                      CO    80209
   *(City)*        *(State)*        *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
   _____
   *(Street name and number or Post Office Box information)*

   _____  _____  _____
   *(City)*        *(State)*    *(Postal/Zip Code)*

   _____       _____
   *(Province – if applicable)*   *(Country – if not US)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Cotton | Erika | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

1283 Murfreesboro Rd. Ste 500

*(Street name and number or Post Office Box information)*

| Nashville | TN   37217 | |
|---|---|---|
| *(City)* | *(State)   (Postal/Zip Code)* | |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **CORRECT CARE SOLUTIONS, LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000566248 | Formation Locale: | KANSAS |
| Filing Type: | Limited Liability Company - Foreign 12/26/2007 12:41 PM | Date Formed: | 08/29/2003 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 3 |
| Duration Term: | Perpetual | | |
| Managed By: | Manager Managed | | |

**Registered Agent Address**
CORPORATE CREATIONS NETWORK INC.
205 POWELL PL
BRENTWOOD, TN 37027-7522

**Principal Address**
ERIKA COTTON
STE 500
1283 MURFREESBORO PIKE
NASHVILLE, TN 37217-2421

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 04/08/2015 | Registered Agent Change (by Entity) | B0088-0203 |
| | Registered Agent Organization Name Changed  From: BUSINESS FILINGS INCORPORATED  To: CORPORATE CREATIONS NETWORK INC. | |
| | Registered Agent Physical Address 1 Changed  From: 800 S GAY ST  To: 205 POWELL PL | |
| | Registered Agent Physical Address 2 Changed  From: STE 2021  To: No Value | |
| | Registered Agent Physical City Changed  From: KNOXVILLE  To: BRENTWOOD | |
| | Registered Agent Physical County Changed  From: KNOX COUNTY  To: WILLIAMSON COUNTY | |
| | Registered Agent Physical Postal Code Changed  From: 37929-9710  To: 37027-7522 | |
| 03/23/2015 | 2014 Annual Report | B0073-8789 |
| | Principal Address 3 Changed  From: KATHY POWELL  To: ERIKA COTTON | |
| | Member Count Changed  From: 1  To: 3 | |
| | Managed By Changed  From: Member Managed  To: Manager Managed | |
| 10/16/2014 | Mailing Address Update | B0001-1127 |
| 03/28/2014 | 2013 Annual Report | A0228-1682 |
| | Principal Address 3 Changed  From: No value  To: KATHY POWELL | |
| 03/29/2013 | 2012 Annual Report | A0169-3006 |
| | Principal Address 1 Changed  From: 3343 PERIMETER HILL DR  To: 1283 MURFREESBORO PIKE | |

# Filing Information

Name:      **CORRECT CARE SOLUTIONS, LLC**

---

Principal Address 2 Changed  From: STE 300  To: STE 500

Principal Postal Code Changed  From: 37211-4147  To: 37217-2421

Managed By Changed  From: Manager Managed  To: Member Managed

05/04/2012   Registered Agent Change (by Entity)                                    7051-1519

Registered Agent First Name Changed  From: Chelli  To: No Value

Registered Agent Last Name Changed  From: Jones  To: No Value

Registered Agent Middle Name Changed  From: R  To: No Value

Registered Agent Organization Name Changed  From: No Value  To: Business Filings Incorporated

Registered Agent Physical Address 1 Changed  From: 1283 MURFREESBORO PIKE  To: 800 S GAY ST STE 2021

Registered Agent Physical Address 2 Changed  From: STE 500  To: No Value

Registered Agent Physical City Changed  From: NASHVILLE  To: KNOXVILLE

Registered Agent Physical County Changed  From: DAVIDSON COUNTY  To: KNOX COUNTY

Registered Agent Physical Postal Code Changed  From: 37217-2432  To: 37929-9710

04/04/2012   Registered Agent Change (by Entity)                                    A0117-3268

Registered Agent Middle Name Changed  From: No Value  To: R

Registered Agent Physical Address 1 Changed  From: 3343 PERIMETER HILL DR  To: 1283 MURFREESBORO
PIKE

Registered Agent Physical Address 2 Changed  From: STE 300  To: STE 500

Registered Agent Physical Postal Code Changed  From: 37211-4147  To: 37217-2432

04/04/2012   Mailing Address Update

02/01/2012   2011 Annual Report                                                     A0102-2678

Principal Address 1 Changed  From: 3343 PERIMETER HILL DRIVE STE 300  To: 3343 PERIMETER HILL DR

Principal Address 2 Changed  From: No value  To: STE 300

Principal Postal Code Changed  From: 37211  To: 37211-4147

Principal County Changed  From: No value  To: DAVIDSON COUNTY

01/19/2011   2010 Annual Report                                                     A0054-0745

Member Count Changed  From: 9  To: 1

Managed By Changed  From: Member Managed  To: Manager Managed

Registered Agent First Name Changed  From: PATRICK  To: Chelli

Registered Agent Last Name Changed  From: CUMMISKEY  To: Jones

Registered Agent Physical Address 1 Changed  From: 3343 PERIMETER HL  To: 3343 PERIMETER Hill Drive

Registered Agent Physical Address 2 Changed  From: DR STE 300  To: STE 300

08/12/2010   Articles of Correction                                                 6754-2686

02/18/2010   2009 Annual Report                                                     6657-0166

03/18/2009   2008 Annual Report                                                     6478-3070

Member Count Changed

04/01/2008   2007 Annual Report                                                     6274-2194

# Filing Information

Name:   **CORRECT CARE SOLUTIONS, LLC**

| 12/26/2007 | Initial Filing | 6172-0193 |
|---|---|---|

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|

EXHIBIT 6



CCS professionals are unlike any other in the behavioral and correctional healthcare industry. They are better prepared, proactive, and understand the lasting value of building authentic relationships with their partners and patients. In short, CCS considers its employees to be the company's greatest asset.

From day one, joining the CCS team means embarking on a career that is filled with learning, collaboration, problem solving, communication, and fine tuning / expanding skill sets. Our goal is to keep our teams engaged in a manner that leads to job fulfillment and opportunities to grow. To find out how you can be a member of the CCS team, click here.

# LEADERSHIP

CCS leaders are among the most talented behavioral and correctional healthcare professionals in the country. Their collective experience and first-hand knowledge makes the team not only a valuable asset for the company's partners and patients, but also for the extended CCS network of professionals working in various divisions and country.

JERRY BOYLE, Founder & Executive Chairman of Board

PATRICK CUMMISKEY, President, Correct Care Solutions Group Holdings

DR. CARL KELDIE, MD, FACEP, Chief Clinical Officer

CHRIS BOVE, President, Local Detention Division

MARTA PRADO, President, Correct Care Recovery Solutions (CCRS)

BOB MARTIN, Executive Vice President, Chief Information Officer

JON BOSCH, Executive Vice President Accreditation and Operational Compliance

CARY MCCLURE, Executive Vice President Ancillary Services



Cary McClure is a Certified Public Accountant with 30 years of experience in accounting and finance. Currently, he works on special projects for the CCS Finance Division, including work related to the analysis and implementation of new company acquisitions, and internal special project assignments. His past experience includes 18 years as the Assistant Controller, Controller, and then Chief Financial Officer (CFO) of a 420-bed urban medical center in both non-profit and for-profit settings; CFO of a successful startup and operation of a $100 million for-profit medical center; and division CFO for the largest for-profit psychiatric hospital company in the country. He was selected by the Kansas Medicaid program to serve as a consultant to assist in the design and implementation of the Kansas Medicaid Diagnosis Related Group hospital payment system.

Cary has authored two articles on healthcare finance that were published in national healthcare journals. He earned a bachelor's degree with majors in accounting and business administration from the University of Kansas.



JORGE DOMINICIS, Chief Executive Officer

DAVID WATSON, Chief Financial Officer

DAVID PERRY, Chief Administrative Officer & General Counsel



**DON HOUSTON,** President, State and Federal Division



Don Houston currently serves as President of the State and Federal Division. In this role, Don is responsible for the overall management, administration and business development of the division. In addition to state and private prisons, community treatment and private probation services fall under his supervision. Previously, he served as the President of Physicians Network Association (PNA) for two years. When PNA was acquired by Correctional Healthcare Companies (CHC) he became the Chief Operations Officer of CHC, serving in that role until the 2014 merger of CHC with CCS.

Don has over 30 years correctional experience, including 18 as a Senior Regional Vice President with a major private corrections corporation and seven years with the Texas Department of Criminal Justice. He has extensive corporate experience in project development, operations, administration as well as experience working with a variety of state legislatures, local governments and executive branches of government.



**DR. CASSANDRA NEWKIRK,** Vice President, Chief Psychiatric Officer



**STAN WOFFORD,** Executive Vice President Operations, State Division



**KEVIN JORDAN,** Executive Vice President Chief of Business



Support and Analytics

SCOTT A. PUSTIZZI, SPHR, Senior Vice President of Human Resources

SERVE OUR PATIENTS. GROW YOURSELF. READY TO LEARN MORE?

CLICK HERE TO VIEW CURRENT JOB OPENINGS



CONTACT INFORMATION

800-592-2974

Looking to Advance Your Career? Click Here to visit our Careers Center

Click Here to View our Offices

**EXHIBIT A**

## IN THE MUNICIPAL COURT OF THE CITY OF ARAB, AL

CITY OF ARAB, AL
VS

_____
**DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
( X ) Imposition of sentence        (X) Payment of Fine /Restitution      (X) Payment of Court Costs
and that the  Defendant be placed on probation for _____ months or until _____ day of _____ 20 ___,
upon the following conditions.

(1)  You will make a full and truthful report to your Probation Officer as instructed.
(2)  You will pay Judicial Correction Services, Inc. $35.00 for each month on probation. You will pay a one time $10.00 file/digital photo set up charge.
(3)  You will not change your residence or employment without first notifying your Probation Officer.
(4)  You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5)  You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used.  ( ) Applicable if checked.
(6)  You will work diligently at a lawful occupation, unless a full time student.
(7)  You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8)  You will pay Fines & Costs totaling _____ at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(9)  You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim_____ Sum $_____
(10) You will complete Jail Time as ordered and noted above.  Jail time is hereby ordered:
(   ) To Serve    (   ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program    ( ) Domestic Violence Awareness    ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on:_____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation.  You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the _____ day of _____, 20 _____.    _____
**HONORABLE ROBERT R. HEMBREE**
**ARAB, AL  MUNICIPAL COURT JUDGE**

_____
I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
**JCS (256) 586-0010**

Signed_____    Date _____    Probation Officer_____

DOB _____ SSN _____    Race/Sex _____ Hgt _____ Wgt _____

Home Address _____

Home Phone _____ Air Phone _____ Name _____

Employment/Sup'r _____ Work phone _____

Comments: _____ First Appointment _____

**1.10**

Garrett0217

EXHIBIT B



**Judicial Correction Services**
**121 West Valley Avenue**
**Homewood, AL 35209**
**PHONE: 205-942-9450,   FAX: 205-942-9454**

Your probation case has been approved for mail-in status. You are instructed to complete this form
**and mail it back to the above address** by the 10th of each month, beginning on
5-1=09. Failure to answer all questions honestly or failing to send forms by the
above-mentioned date could result in a warrant or future Violation of Probation.

Date: _____   Probation Officer's Name: **Heather Thursby**

Your Name: **KINTE HOLLOWAY**   SS Number: ___-__-____

Home Address: **124 MANGROVE DR.**
**ALABASTER, AL 35007**

Home Phone Number: **205-663-0921**   Work Phone Number: _____

Name of Employer: _____   Location: _____

Explain any employment changes since last report: _____
_____

Have you been arrested since last report? _____

If yes, when, where, and for what offense(s): _____

Have you completed the following Court Ordered Programs as instructed? _____
Court Referral Program (AL)

If not, please explain: _____

Are you current on fines, fees, and restitution? _____

If not, why: _____

Any changes or problems since last report? _____
_____

I know to report back by (date): _____

I certify that the above statements are true:

Signature: _____

Enclose your monthly payment in the form of a money order payable to: **JCS**

**Write Clearly!**

**MAKE ENOUGH COPIES OF THIS FORM TO COMPLETE YOUR TERMS OF PROBATION**

**4.22**

JCS Resp to 30(b)(5) 0000086

EXHIBIT C

## Daily Tasks

1. Sign on to Probation Tracker.
2. Open JCS email.
3. Sign in to Yahoo Instant Messenger.
4. Retrieve and return all phone messages.
5. Check the mail and post office boxes. Do all data entry from items received in the mail. (i.e. "O/M FTR letter returned undeliverable as address/unable to forward.") Next go to the "address/contact/employment" screen and click on the pencil next to the defendant's address and check the "bad address" box.
6. Print FTR list. Call defendants and advise them of missed appointment and schedule new appointments.
7. Run the appointment list for the day and see any appointments that report. If a defendant has not reported by the time scheduled, call the defendant and instruct him/her to report by the end of the day or they will be considered a no show. Also advise that after 3 no shows a court date will be set.
8. Check the "no appointments scheduled" report from the "Reports/Forms" screen. Call any defendants on the list and schedule him/her a new appointment date, unless the defendant has a status that reflects an automatic date, such as a hold, and enter the date appropriate.
9. At the end of each day, count all monies and balance monies to the "cash drawer". Complete a deposit slip for monies collected. Monies and paperwork should then be turned in to the office manager, appointed probation officer, or placed in the office safe.
10. Make a bank deposit that consists of the previous days monetary intake. (if the deposit cannot be made within 24 hours, an email stating that the deposit was unable to be made should be sent to the office manager/regional manager and Charlie Farrahar, cfarrahar@judicialservices.com)
11. Address any issues the court may have advised and ensure the matter is resolved in a timely manner. If a problem arises where the course of action is unclear, contact a supervisor immediately so that action can be taken to resolve the problem. Keeping courts happy is the primary goal!

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

**6.1**

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000162

## Cash Drawer

Each day the amount of monies collected by each probation officer is tallied automatically. The "cash drawer" is located on the menu on the left in probation tracker. Enter the number of bills for each monetary amount in the "# bills added to drawer" column next to the corresponding bill amount (i.e. if you have 5 $5 bills, enter 5 into the 5's row under the "# bills added to drawer column"). Once all bills and coins have been entered, choose "update". Probation tracker will automatically calculate the amount of monies in the cash drawer. The "Systems Total" block will be green if the amount collected and the amount shown by the system match. If the block is red, the amounts do not match. In the case of a red block, re-count the bills and coins in the drawer and ensure the amounts were entered correctly. If a mistake was made, changes can be made and the "update" button chosen and the "system total" box will again indicate red or green. If the box is again red, seek the advice of a supervisor.

PO: **Morris, Dee Dee** 3/18/2009

[ Update ]  (Acworth, GA Office) (Albertville, AL Office) (Alpharetta, GA Office) (Arab, AL Office) (Attalla, AL Office) (Bay County, FL Office) (Birmingham, AL Office) (Brewton, AL Office) (Childersburg, AL Office) (Citronelle, AL Office) (Columbiana, AL Office) (Daytona Beach, FL Office) (Dekalb, GA Office) (Douglasville, GA Office) (Enterprise, AL Office) (Evergreen, AL Office) (Fayette, GA Office) (Foley, AL Office) (Ft Payne, AL Office) (Fulton, GA Office) (Hartselle, AL Office) (Homewood, AL Office) (Hueytown, AL Office) (Monroeville, AL Office) (Osceola County, FL Office) (Ozark, AL Office) (Prattville, AL Office) (Russellville, AL Office) (Sandy Springs, GA Office) (Scottsboro, AL Office) (Selma, AL Office) (Talladega, AL Office) (Tallassee, AL Office) (Troup, GA Office) (Troy, AL Office) (Tuscaloosa, AL Office) (Wedowee, AL Office)
(Details) (Print Deposit Slip)

| | +/- Change | | # Bills | Amount |
|---|---|---|---|---|
| | # Bills Added to Drawer | Actual Bills in Drawer | | |
| Coins (Amount) | 0 | 0 | | 0.00 |
| 1's | 0 | 0 | | 0 |
| 5's | 0 | 0 | | 0 |
| 10's | 0 | 0 | | 0 |
| 20's | 0 | 0 | | 0 |
| 50's | 0 | 0 | | 0 |
| 100's | 0 | 0 | | 0 |
| | | Total Cash | | 0 |
| Money Orders | Name | Amount | | |
| | MO Total | 0.00 | | |
| | Drawer Total (MO+Cash) | 0.00 | | |
| | System Total | 0.00 | | |
| | Fines | 0.00 | | |
| | Other | 0.00 | | |

**6.2**        Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000163

## Deposit Policy

1. Deposit slips should be completed each day by each probation officer. The officer's initials should be written in the top right corner of the slip. Each money order collected should be specified individually on the slip, and the amount of bills vs. coins should be placed in the appropriate blanks. The slip should include a total on the bottom left of the slip.

2. All deposits per probation officer in each office should be sealed in a plastic bag with the probation officer's name, date monies were collected, and the amount of money inside the bag written in the appropriate spaces on the outside of the bag. The white copy of the deposit slip should be inside the bag along with the money.

3. All deposits should be turned in at the end of each day with a copy of the "cash drawer", the yellow copy of the deposit slip and the tab from the plastic bag with the date and amount of the deposit. The "cash drawer" print out, deposit slip and the deposit bag tab amounts should match.

4. Deposits must be taken to the bank by two JCS employees each day during business hours, when possible.

5. All paperwork from #2 should be stapled together and placed in the appropriate folder.

6. In the event a deposit is not handled as specified above, the office or regional manager must be notified before the close of business, preferably in person, with an email sent to confirm the message. The email should copy cfarrahar@judicialservices.com.



Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

6.3

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000164

EXHIBIT D

## Order to Withhold Adjudication

State of Alabama                                                     Case Number
Jefferson County
Municipality of _____                                  _____

City of _____         vs.     _____
                                                  Defendant

It is HEREBY ORDERED, ADJUDGED AND DECREED, the Defendant having stipulated to a *prima facie case*, and after a full explanation of the defendant's rights, the defendant waives his/her right to a speedy trial, waives all rights to appeal, and upon motion of the City of _____, Alabama, *adjudication is withheld* for _____month(s) _____year(s) from the date hereof and shall thereafter be *nol prossed*, however, that the Defendant has complied with the following terms and conditions, to-wit:

( ) No arrest or convictions in any jurisdiction for D.U.I., any other serious traffic offense or any offense involving the use or abuse of drugs and/or alcohol.

( ) Completion of:
    ( ) Traffic safety program
    ( ) _____Hours/_____days of community service
    ( ) Substance abuse evaluation and recommended court referral program

( ) Other Court imposed conditions: _____
_____
_____

( ) Report to Judicial Correction Services monthly, as directed, for supervision of this order, and to pay Judicial Correction Services a $35 per month administrative fee.

ORDERED, ADJUDGED AND DECREED this                    _____
the _____ day of _____, 200____.           Prosecutor's initials

_____              _____
MUNICIPAL JUDGE, for the City of _____Alabama    Officer's Initials

I acknowledge receipt of a copy of the foregoing Order.

_____          _____
Defendant                                Date

Address: _____

Telephone: _____

Sample

**1.12**

Last revision 5/23/2012

JCS Resp to 30(b)(5) 0000018

EXHIBIT E

# Sample



## REPORTING FOR PROBATION

You have been placed on probation with Judicial Correction Services, Inc.
You are to report to our offices at the address below at your scheduled appointment time. Failure
to report as directed may result in a warrant being issued for your arrest.

**You are required by the Court to report as directed, NO EXCUSES!**

The following person will be your probation officer. All questions concerning your case should
be directed to him/her. **_Do not contact the Municipal Court_**, they will be unable to help
you.

### Alicia Ford

You are to report to our offices on _____ at ____:____ PM  AM

For your first appointment please bring no less than $_____, to be applied to your fines
and fees. *Cash (exact change) or money order only.* **No checks.**

**Our Offices are located at:**

202 3rd Avenue East
Oneonta, AL  35121
(205) 274-7353

**\*\*Do Not Mail payments unless authorized by
your Probation Officer.**



> **Office Hours** *(subject to change)*: Monday 9am – 3:30pm (closed 12pm – 1pm); Wednesday 9am –
> noon; Friday 9am – 3:30 pm (closed 12pm – 1pm)

**1.18**

Last revision 5/23/2012

EXHIBIT F



March 26, 2009

SEAN DEES
3109 WENONAH ROAD
BIRMINGHAM, AL 35023

SEAN DEES:

This letter is to inform you that you have violated the terms and conditions of your probation. There has been a court date set for you on the 15 day of April, 2009 in the City of Mountain Brook Court at 4:00PM .

**Note that a failure to appear in court on the above date will result in a warrant being issued for your arrest.**

Enclosed is a copy of a petition letter to be signed by the judge. If there are any questions or problems call 205-942-9450, but keep in mind that the court date can not and will not be reset or rescheduled. Thank you!

To avoid a warrant being issued for your arrest you must report either on or before the above date with no less than $250!!

Sincerely,

Heather Thursby

Probation Officer
Judicial Correction Services
121 West Valley Avenue
Homewood, AL 35209



JCS ID:225736-566701-HTHURSBY

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

**4.39**

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000106

**Garrett0238**

EXHIBIT G



November 28, 2007

STANLEY ARMITAGE
409 EDGECREST DRIVE APT #2
HOMEWOOD, AL 35209

STANLEY ARMITAGE:

This letter is to inform you that you have violated the terms and conditions of your probation.  There has been a court date set for you on the 18 day of December, 2007 in the City of Homewood Court at 6:00PM .

**Note that a failure to appear in court on the above date will result in a warrant being issued for your arrest.**

Enclosed is a copy of a petition letter to be signed by the judge. If there are any questions or problems call 205-942-9450, **but keep in mind that the court date can not and will not be reset or rescheduled.**  Thank you!

You owe the City of Homewood $305 in fines and Judicial Correction Services $105 in probation supervision fees. To rescind the scheduled hearing report to the probation office with $200 minium payment, otherwise, attend the scheduled hearing and be prepared to explain why you have failed to comply with the terms of your probation.

Sincerely,

Shanika Lawson

Probation Officer
Judicial Correction Services
121 West Valley Avenue
Homewood, AL 35209

*This is the personalized note that was typed in the "message" box.*

JCS TD:144680-164536-SLAWSON

**4.40**

**Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.**

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000107

## EXHIBIT H

### Warrants

**This should be done on the day of court, not before.
1. Choose "Reports/Forms" from the menu to the left.
2. Choose "Warrant For Arrest" from the "Court Specific" section of the Forms box.

## REPORTS

| Case Management | Financial |
|---|---|
| ❖ Case Activity Totals | ❖ Financial Activity by Court by Probationer |
| ❖ Status Changes | ❖ Financial Activity by Office |
| ❖ Case Load by PO | ❖ Financial Activity by Court |
| ❖ Case Load by Judge | ❖ Financial Activity by Day |
| ❖ Expiration Listing | ❖ Financial Activity by PO |
| ❖ COP Expiring Listing | ❖ Financial Activity by PO – Revised (NEW) |
| ❖ Sentence Dates | |
| ❖ Cases by Charge | ❖ Financial Activity by Received By |
| ❖ No Financial Activity 40+ View | ❖ Financial Activity by Other Category |
| ❖ No Activity | ❖ Write Check |
| ❖ Failure to Report View | ❖ Court Financial EMail |
| ❖ Appointments Scheduled View | ❖ Court Financials |
| ❖ No Appointments Scheduled | ❖ Court Financials Restitution |
| ❖ Hearings Scheduled | ❖ Todays Payments |
| ❖ Probationers Started | |
| ❖ Jail Incarcerations | |
| ❖ Court Field Report | |
| ❖ Case File Report | |
| ❖ FTR Hit Report | |
| ❖ Termed Cases Report | |
| ❖ GA/FL Qtr Rpt | |
| ❖ Where They Live | |

## FORMS

| All Offices | Court Specific |
|---|---|
| ❖ Administration Forms | ❖ VOP |
| ❖ Authorization to Release Information | ❖ Petition For Revocation Letter |
| ❖ Community Service Forms | ❖ Revocation Letter |
| ❖ Company Forms | ❖ Order of Modification |
| ❖ Court Hearings Forms | ❖ Tolling Order Affidavit |
| ❖ Logs | ❖ Successful Termination |
| ❖ Mail-In Paperwork | ❖ Successful Termination PT |
| ❖ Office Tools | ❖ Unsuccessful Termination |
| ❖ Probationer Correspondence | ❖ Warrant Dismissal |
| ❖ PTI Recommendation Letter | ❖ Warrant For Arrest |
| ❖ Victim Correspondence | ❖ JORS Letter |
| | ❖ Termination Modified |
| | ❖ Mail-In Violation |

## LISTS

| | |
|---|---|
| ❖ Office List | ❖ Court List |
| | ❖ COP Referrals |

3. Read the information in the "Warrant for Arrest" box and make any corrections needed.
4. Enter the Hearing date.
5. Choose "generate form".

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

**4.53**

Last Revision May 23, 2012
JCS Resp to 30(b)(6) 0000120

Garrett0250

HOLLOWAY, KINTE ID: 128905 Started: 4/13/2009 Expires: 1/28/2011 Current Date 4/15/2009

## Warrant for Arrest

The defendant violated CONDITION failed to report as directed on 6/3/2008, 6/6/2008, 7/25/2008, 8/5/2008, 9/8/2008, 8/13/2008, or since.  In addition, the defendant has a fine balance of $100.00 and a court cost balance of $205.00, as well as outstanding fees of $245.00 for a total due of $550.00

Case Nums MC07-1165,

Hearing Date

Generate Form

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

4.54

Last Revision May 23, 2012

JCS Resp to 30(b)(5) 0000121

**Garrett0251**

# Warrant for Arrest of Probationer
# City of Mountain Brook Court

City of Mountain Brook Court

**Offense** DV 3rd Degree

vs.
**KINTE HOLLOWAY**

**Case #** MC07-1165,

**Warrant #** _____

To any Sheriff, Deputy Sheriff, Constable, Coroner, Marshall or other Law Enforcement Officer of Said State GREETINGS:

Whereas, on the 26th day of June, 2007 the City of Mountain Brook Court sentenced **KINTE HOLLOWAY** of the following address

**124 MANGROVE DR.**
**ALABASTER, AL 35007**

to a sentence of probation, and;

Whereas, said Defendant is charged with violating his/her probation, in willful disregard of a Court Order, specifically as follows:

The defendant violated CONDITION failed to report as directed on 6/3/2008, 6/6/2008, 7/25/2008, 8/5/2008, 9/8/2008, 8/13/2008, or since. In addition, the defendant has a fine balance of $100.00 and a court cost balance of $205.00, as well as outstanding fees of $245.00 for a total due of $550.00

| DOB: ____ | Height: ___ | Weight: ___ | | Hair Color: ___ |
| SSN: ___-___-____ | Sex: _ | Race: ___ | | Eye Color: ___ |

You are therefore commanded in the name of the City of Mountain Brook Court to arrest said defendant and to commit him/her to the common jail of said City, and safely keep him/her until he/she may be returned to this Court, there to answer a charge of violating the Conditions of Probation as specified above. However, the defendant may purge himself/herself from custody upon remittance of the 'Total Due' as shown above plus any applicable jail time, plus any applicable jail cost due to the Sheriff of said county or Chief of Police of said city. Pursuant to Alabama Code Section 15-22-54

Issued this 15th day of April, 2009.

_____
Judge Turner Williams

**Sample**

_____
Probation Officer

**CERTIFICATE OF EXECUTION**

I executed this warrant by arresting the defendant:
**KINTE HOLLOWAY**
on this date _____ at _____ o'clock ___ a.m. ___ p.m., and as directed, took him  immediately before the Court.

Remarks _____

_____

CLEARED ___ ON _____ BY _____

_____        _____
Date                            Officer's Signature

JCS ID:138905-524531-AERWIN

**4.55**

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000122

EXHIBIT I

4. Make sure the defendant's physical address is included, complete with zip code. (No po boxes)
5. Make sure to indicate if the defendant had a prior revocation hearing. Check the petition as the conditions may have been altered at the hearing.
6. If fines were converted to community service, make sure to enter the information in probation tracker so it will print out on the tolling order.
7. Make sure the "sentence imposed" date on the tolling order is the same as the date the defendant was physically in court. Verify this date on the court's sentence sheet.
8. Make sure the warrant and tolling order are signed.

Note: Errors in warrants will result in the warrant being returned for corrections, which wastes time and money. Take the extra time on the front end so that time isn't wasted on the back end.

Notes should be made in the appointment notes each time a step of the warrant process is made. Also enter notes as to the whereabouts of the warrant so that it is not lost in the shuffle.

**Warrant Dismissal**
This form is required to have a warrant dismissed. In the event a warrant should be lifted, generate this form and state why the warrant is being lifted (i.e. the defendant appeared in court for a revocation hearing, the defendant has come into compliance with the terms of probation, the defendant has been incarcerated for _____ length of time, etc.) **Warrant dismissals are to be created, signed by a Judge, filed with the court clerk within 48 business hours.** This is extremely important because until the warrant dismissal is filed with the clerk and distributed to the appropriate agencies, the defendant can still be picked up on the warrant, causing a huge potential liability for JCS.

If a defendant is in the office when the determination is made to lift the warrant, give the defendant a copy of the dismissal so that if he/she is stopped by the authorities before the dismissal is complete they will have proof of the dismissal. Make sure to stamp the defendant's copy with the "copy" stamp.

In the event the warrant dismissal is the last action taken on a defendant's case, it is possible to have the case closed within the warrant dismissal. Ask for the case to be closed and specify how it is to be closed, i.e. administratively (terminated modified) or successfully.

If it is determined that a warrant is to be dismissed, be aware that any tolled time in the case instantly goes away. Any case that should remain opened upon the dismissal of a warrant with the tolled time preserved should be reinstated with the approval of the Judge at a revocation hearing.

Information contained in this document is confidential and not for distribution outside of Judicial Correction Services.

**4.63**

Last Revision May 23, 2012
JCS Resp to 30(b)(5) 0000130

EXHIBIT J

## Case Management Reports

**FTR (Fail to Report):** This report shows the defendant's who failed to report for their last scheduled appointment. This report should be run everyday and defendant's called to set another appointment. These numbers should always be kept under 10%.

**No Financial Activity 40+:** This report lists defendant's who have not made a payment for 40+ days. This report is to help P.O.'s stay on top of defendants, so they do not get too far behind on their scheduled payments. This report should be run twice per month, on the 1st and 15th.

**Expiration Listing:** This report tells which defendant's cases will be expiring and when. This report is to help a P.O. keep on top of their defendant's so their case does not expire without meeting the court ordered conditions. This report should be run monthly, on the 1st of each month (using a calendar year).

**No Appointment Scheduled:** This report is used to help P.O.'s who might have accidentally forgotten to place a defendant's next appointment in the scheduled appointment slot. This report should be run daily, no less than weekly.

**Jail Incarcerations:** This report is used to check jail statuses and should be run monthly. ALL jail/jail hold, medical holds and mail in's should be done once a month on the 15th/20th.

4.2

JCS Resp to 30(b)(5) 0000066

EXHIBIT K

**CHILDERSBURG POLICE DEPARTMENT**
CHILDERBURG, ALABAMA 35044

7226

RECEIVED OF _Timothy W. Fugatt_   2-26-   20 12

_Four Hundred dollars_ 00/100   $ 400.00   DOLLARS

FOR _____

Amt. of Acct.  $ _____

Amount Paid  $ 400.00

Balance Due  $ 457.00

CHILDERSBURG POLICE DEPARTMENT

By _Bill Long_ 312

---

**CHILDERSBURG POLICE DEPARTMENT**
CHILDERBURG, ALABAMA 35044

7227

RECEIVED OF _Kristy G. Fugatt_   2-26-   20 12

_Five Hundred dollars_ 00/100   $ 500.00   DOLLARS

FOR _____

Amt. of Acct.  $ _____

Amount Paid  $ 500.00

Balance Due  $ 505.00

CHILDERSBURG POLICE DEPARTMENT

By _Bill Long_ 312