

**JUDICIAL CORRECTION SERVICES, INC.**
105 Coosa Pines Dr
Childersburg, AL 35044
Phone: 256-378-0965;  Fax: 888-377-5908
Probation Officer: Sheree Fomby
Office Manager: Lisha Kidd

# RECEIPT

**KRISTY FUGATT**

Probation Start Date: 1/13/2011;  Probation End Date: 1/13/2013

## City of Childersburg

### RECORD OF COURT ASSESSMENTS AND PAYMENTS

|  | Insurance | Fines | Restitution | Court Costs | Warrant Fee | Other | TOTALS |
|---|---|---|---|---|---|---|---|
| Assessed | 0.00 | 396.00 | 126.00 | 0.00 | 0.00 | 10.00 | 532.00 |
| Amount Paid | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 10.00 | 260.00 |
| Balance Due | 0.00 | 146.00 | 126.00 | 0.00 | 0.00 | 0.00 | 272.00 |

### PAYMENT DETAILS

| Date | Payment Category | Amount Received | Type | Received By | Notes: |
|---|---|---|---|---|---|
| 7/10/2012 | Fine | 25.00 | Cash | Sheree Fomby | CASH |
| 7/10/2012 | Probation Fee | 25.00 | Cash | Sheree Fomby | CASH |
| | **TOTAL:** | 50.00 | | | |

---

Fees in arrears = $240.00
Pay off not including Probation fees: $272.00
Monthly Probation Fees: $45

Payoff balance as of 7/13/2012= $512

---

KRISTY FUGATT ID #: 425271; Case Numbers: TR10-1053, TR10-1054

The assessments on this receipt are based on your court order at the time and date, shown below, when this receipt was issued.  The court reserves the right to change these assessments at any time.

**PRINT DATE & TIME: Jul 13 2012  9:23AM**

JCS ID:425271-3119597-SFOMBY



**JUDICIAL CORRECTION SERVICES, INC.**
105 Coosa Pines Dr
Childersburg, AL 35044
Phone: 256-378-0965;  Fax: 888-377-5908
Probation Officer: Sheree Fomby
Office Manager: Lisha Kidd

# RECEIPT

TIMOTHY W. FUGATT

Probation Start Date: 5/1/2012;  Probation End Date: 5/1/2014

## City of Childersburg

### RECORD OF COURT ASSESSMENTS AND PAYMENTS

|             | Insurance | Fines  | Resti-tution | Court Costs | Warrant Fee | Other  | TOTALS |
|-------------|-----------|--------|--------------|-------------|-------------|--------|--------|
| Assessed    | 0.00      | 248.00 | 234.00       | 0.00        | 0.00        | 10.00  | 492.00 |
| Amount Paid | 0.00      | 248.00 | 0.00         | 0.00        | 0.00        | 10.00  | 258.00 |
| Balance Due | 0.00      | 0.00   | 234.00       | 0.00        | 0.00        | 0.00   | 234.00 |

### PAYMENT DETAILS

| Date      | Payment Category | Amount Received | Type | Received By   | Notes: |
|-----------|------------------|-----------------|------|---------------|--------|
| 7/10/2012 | Fine             | 23.00           | Cash | Sheree Fomby  | CASH   |
| 7/10/2012 | Probation Fee    | 27.00           | Cash | Sheree Fomby  | CASH   |
|           | **TOTAL:**       | 50.00           |      |               |        |

---

Fees in arrears = $193.00
Pay off not including Probation fees: $234.00
Monthly Probation Fees: $45

Payoff as of 7/13/2012 = $427

---

TIMOTHY W. FUGATT ID #: 425275; Case Numbers: TR10-1113
The assessments on this receipt are based on your court order at the time and date, shown below, when this receipt was issued.  The court reserves the right to change these assessments at any time.

**PRINT DATE & TIME: Jul 13 2012  8:45AM**

JCS ID:425275-3119187-SFOMBY



**EXHIBIT L**



**JUDICIAL CORRECTION SERVICES, INC.**
105 Coosa Pines Dr
Childersburg, AL 35044
Phone: 256-378-0965;  Fax: 888-377-5908
Probation Officer: Sheree Fomby
Office Manager: Lisha Kidd

# RECEIPT

DEUANTE JEWS

Probation Start Date: 3/9/2012;  Probation End Date: 3/9/2014

## City of Childersburg

### RECORD OF COURT ASSESSMENTS AND PAYMENTS

|              | Insurance | Fines  | Restitution | Court Costs | Warrant Fee | Other | TOTALS |
|--------------|-----------|--------|-------------|-------------|-------------|-------|--------|
| Assessed     | 0.00      | 166.00 | 317.00      | 0.00        | 0.00        | 10.00 | 493.00 |
| Amount Paid  | 0.00      | 0.00   | 140.00      | 0.00        | 0.00        | 10.00 | 150.00 |
| Balance Due  | 0.00      | 166.00 | 177.00      | 0.00        | 0.00        | 0.00  | 343.00 |

### PAYMENT DETAILS

| Date      | Payment Category | Amount Received | Type | Received By   | Notes: |
|-----------|------------------|-----------------|------|---------------|--------|
| 5/25/2012 | Restitution      | 15.00           | Cash | Sheree Fomby  | CASH   |
| 5/25/2012 | Probation Fee    | 10.00           | Cash | Sheree Fomby  | CASH   |
|           | TOTAL:           | 25.00           |      |               |        |

## Your next appointment is on Wednesday, May 30 2012 at 3:00PM.

Fees in arrears = $295.00
Pay off not including Probation fees: $343.00
Monthly Probation Fees: $45
Court Money Due from other Probations: Fines: $1807;

DEUANTE JEWS ID #: 222999; Case Numbers: MC08-394
The assessments on this receipt are based on your court order at the time and date, shown below, when this receipt was issued. The court reserves the right to change these assessments at any time.
**PRINT DATE & TIME: May 25 2012 10:56AM**

JCS ID:222999-2972815-SFOMBY

EXHIBIT M



# JUDICIAL CORRECTION SERVICES, INC.
105 Coosa Pines Dr
Childersburg, AL 35044
Phone: 256-378-0965;  Fax: 888-377-5908
Probation Officer: Sheree Fomby
Office Manager: Lisha Kidd

# RECEIPT

**TIMOTHY W. FUGATT**

Probation Start Date: 5/1/2012;  Probation End Date: 5/1/2014

## City of Childersburg

### RECORD OF COURT ASSESSMENTS AND PAYMENTS

|             | Insurance | Fines  | Resti-tution | Court Costs | Warrant Fee | Other | TOTALS |
|-------------|-----------|--------|--------------|-------------|-------------|-------|--------|
| Assessed    | 0.00      | 248.00 | 234.00       | 0.00        | 0.00        | 10.00 | 492.00 |
| Amount Paid | 0.00      | 248.00 | 0.00         | 0.00        | 0.00        | 10.00 | 258.00 |
| Balance Due | 0.00      | 0.00   | 234.00       | 0.00        | 0.00        | 0.00  | 234.00 |

## PAYMENT DETAILS

| Date      | Payment Category | Amount Received | Type | Received By   | Notes: |
|-----------|------------------|-----------------|------|---------------|--------|
| 7/10/2012 | Fine             | 23.00           | Cash | Sheree Fomby  | CASH   |
| 7/10/2012 | Probation Fee    | 27.00           | Cash | Sheree Fomby  | CASH   |
|           | **TOTAL:**       | 50.00           |      |               |        |

Fees in arrears = $193.00
Pay off not including Probation fees: $234.00
Monthly Probation Fees: $45

Payoff as of 7/13/2012 = $427

TIMOTHY W. FUGATT ID #: 425275; Case Numbers: TR10-1113

The assessments on this receipt are based on your court order at the time and date, shown below, when this receipt was issued.  The court reserves the right to change these assessments at any time.

**PRINT DATE & TIME: Jul 13 2012  8:45AM**

JCS ID:425275-3119187-SFOMBY

PL0003

## Judicial Correction Services

Physical Address:
105 Coosa Pines Dr
Childersburg, AL 35044
256-378-0965

Mailing Address:
105 Coosa Pines Dr
Childersburg, AL 35044



August 14, 2012

Dear KRISTY FUGATT,

You failed to report to me on 08/13/2012 at 3:00PM. Another appointment has been set for you on 08/20/2012 at 3:00PM. If you fail to report on this date you may be in violation of your probation which could result in a warrant for your arrest or a hearing being set by the court. Fines due are $272.00 and fees are $240.00.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,

Sheree Fomby
Probation Officer
On Behalf of City of Childersburg

# City of Childersburg



**COUNCIL MEMBERS:**
BILLY LESTER
MAYOR PRO TEMPORE

R. M. (BUBBA) GLECKLER, JR.
RALPH R. RICH
ANGESA TWYMON
MICHELE N. WHISMAN

**JAMES D. PAYNE**
MAYOR

SANDRA G. DONAHOO
CITY CLERK

AIMEE P. BURNETTE
TREASURER

## RESOLUTION NO. 2015-17
## CITY OF CHILDERSBURG, ALABAMA

Be it resolved that the City of Childersburg, Alabama ("Childersburg") City Council hereby terminates and authorizes Mayor James D. ("Jimmy") Payne to terminate the contract dated June 21, 2005, between Childersburg and Judicial Correction Services, Inc. ("JCS").

Done this 19th day of May, 2015.

_____
Robert M. (Bubba) Gleckler, Jr., Council Member / Ward A

_____
Michele N. Whisman, Council Member / Ward B

_____
Angesa "Angie" Twymon, Council Member / Ward C

_____
Billy Lester, Council Member / Mayor Pro Tempore / Ward D

_____
Ralph R. Rich, Council Member / Ward E

_____
James D. (Jimmy) Payne, Mayor

**ATTEST:**

_____
Sandra G. Donahoo, City Clerk

PLAINTIFF'S EXHIBIT
227

201 8th Ave., S.W. • P.O. Box 369 • Childersburg, AL 35044-0369 • Phone (256) 378-5521/378-5522 — Fax (256) 378-5190
Web Page Address: www.childersburg.org
E-mail: administration@childersburg.org

Childersburg 049750

# City of Childersburg



**COUNCIL MEMBERS:**
BILLY LESTER
MAYOR PRO TEMPORE
R. M. (BUBBA) CLECKLER, JR.
RALPH R. RICH
ANGESA TWYMON
MICHELE N. WHISMAN

**JAMES D. PAYNE**
MAYOR

SANDRA G. DONAHOO
CITY CLERK

AIMEE P. BURNETTE
TREASURER

May 20, 2015

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Ms. Colleen Ray
Senior Manager, JCS Alabama
5315 Pensacola Avenue
Orange Beach, AL 36561

    Re:    **Judicial Correction Services ("JCS") – Contract Termination**

Dear Ms. Ray:

    The City of Childersburg, Alabama, hereby terminates its contract dated June 21, 2005, with Judicial Correction Services ("JCS") effective June 20, 2015. Our outside legal counsel will transmit a letter to your local legal counsel about the logistics of this termination.

                                                  Very truly yours,

                                                 James D. Payne
                                                 Mayor, City of Childersburg, Alabama

cc:    Mr. Larry S. Logsdon *(via e-mail from outside counsel)*

201 8th Ave., S.W. • P. O. Box 369 • Childersburg, AL 35044-0369 • Phone (256) 378-5521/378-5522 — Fax (256) 378-5190
Web Page Address: www.childersburg.org
E-mail: administration@childersburg.org

Childersburg 049751