# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINA KAY RAY, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 2:12-cv-02819-RDP |
| } | |
| **JUDICIAL CORRECTION SERVICES,** } | |
| **INC.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

This matter is before the court on the Motion for Status Conference filed in *Eaton et al v. Judicial Correction Services LLC et al.,* by Defendants Judicial Correction Services, LLC ("JCS"), CHC Companies, LLC ("CHC"), and Correct Care Solutions, Inc. ("CCS"). (Case No. 2:18-cv-01034-RDP, Doc. # 3). The court has granted that Motion. This matter is also **SET** for a status conference **at 10:00 a.m., on Monday, October 15, 2018,** in Courtroom 7A of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

In this case, counsel have been litigating claims similar to those made in numerous more recent cases since 2012. This court has issued many substantive rulings in this case and other similar cases, and the court and the parties need to discuss a game plan so that judicial resources are not wasted re-litigating issues which have already been decided. To that end, **on or before October 8, 2018**, counsel **SHALL** meet and confer regarding how to *efficiently*[1] address the

---

[1] Federal Rule of Civil Procedure 1 provides in relevant part that the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

court's rulings in this case in the more recent, similar cases. **On or before October 10, 2018**, counsel **SHALL** file a joint report of their recommendations in this regard.

Counsel are **DIRECTED** to **INVITE** counsel in all cases filed in any court in Alabama to participate in the meet and confer and attend the status conference.

DONE and ORDERED this September 11, 2018.

                                                                                       _____  
                                                                                       R. DAVID PROCTOR  
                                                                                       UNITED STATES DISTRICT JUDGE